Scott Hochstetter
5419 HOLLYWOOD BLVD
STE C 137
Los Angeles, CA 90027
630-465-3557

**FILED**
2026 FEB 17 PM 1:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____ rsm

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HOCHSTETTER<br><br>PLAINTIFF(S)<br>v.<br><br>CITY OF LOS ANGELES;<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:26-CV-01630-DOC-KS<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

CIVIL COMPLAINT
NOTICE OF MANUAL FILING

**Reason:**
[ ] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[✓] Other:
FILING PRO PER NO ACCESS TO ELECTRIC FILING

2.17.26
Date

PRO PER
Attorney Name
SCOTT HOCHSTETTER  _[signature]_
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).