Scott Hochstetter
5419 HOLLYWOOD BLVD
STE C 137
Los Angeles, CA 90027
630-465-3557
Theloreofdoa@gmail.com
In Pro Per

FILED

2026 APR -9  PM 12: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

Scott Hochstetter

PLAINTIFF

V.

CITY OF LOS ANGELES;

LOS ANGELES POLICE DEPARTMENT;

PATRICK ALUOTTO, in his individual and
official capacities as Detective;

HEATHER MATA, in her individual and
official capacities as Senior Lead Officer;

RICARDO SALAZAR, in his individual and
official capacities as Officer;

ROBERT RAND, in his individual and official
capacities as Detective;

DOUGLASS HALL, in his individual and
official capacities as Detective;

JESSE RUBALCAVA, in his individual and
official capacities as Senior Lead Officer;

ERICA EMETERIO, in her individual and
official capacities as Officer;

DAVID DOYLE, in his individual and official
capacities as Officer;

CASE #    2:2026cv01630

CERTIFICATION AND NOTICE OF
INTERESTED PARTIES

LOCAL RULE 7.1-1

NOTICE OF INTERESTED PARTIES ORIGINAL 1

BRIAN WHITE, in his individual and official capacities as Senior Lead Officer;

JERRY TORRES, in his individual and official capacities as Detective;

TIM TALMAN, in his individual and official capacities as Officer;

RAYMOND VALOIS, in his individual and official capacities as Captain;

CRAIG HEREDIA, in his individual and official capacities as Captain;

ANNABELLE EUBANK in her individual and official capacity as Senior Lead Officer;

SALVADOR CHAVEZ in his individual and official capacities as Officer;

CHRISTIAN MEJIA in his individual and official capacities as Sergeant;

CHRISTOPHER VELASCO in his individual and official capacities as Officer;

JAMES RICHARDSON in his individual and official capacities as a member of LAPD Clergy Council and Hollywood CPAB;

CATIE WILKES DELLIGATTI , in her individual and official capacity as Prosecutor of the Berkeley County West Virginia Prosecutors Office;

AARON NICOLARSON in his individual and official capacity as a Security Guard for Celebrity Centre International;

KARIN POUW in her individual and official capacity as Director of Public Affairs for the Church of Scientology International;

NOTICE OF INTERESTED PARTIES ORIGINAL 2

Church of Scientology Celebrity Centre
International

Defendants

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES

TO:  THE COURT AND TO ALL PARTIES OF :

The undersigned Scott Hochstetter, party appearing  Pro Per, certifies that the following listed party or (parties) may have a pecuniary in the outcome of this case.  The representations are made to enable the court to evaluate possible disqualification or recusal.

| Parties | All parties are owned or under Scientology Management |
|---------|-------------------------------------------------------|
|         |                                                       |

1. American Saint Hill Organization Foundation (ASHOF),

2. Authors Services Incorporated  (ASI),

3.  Golden Era Productions,

4. Narcanon and Narcanon International,

5. Applied Scholastics International

6. Church of Scientology Celebrity Centre International (CSI),

7. Office of Special Affairs and Office of Special Affairs International (OSA),

8. American Saint Hill Organization Day (ASHOD),

9. Church of Scientology Los Angeles Day (LAD),

10. Church of Scientology Los Angeles Foundation (LAF),

11. Advanced Organization Los Angeles (AOLA),

NOTICE OF INTERESTED PARTIES ORIGINAL 3

12. Volunteer Ministries (VM),

13. Continental Liaison Office Western United States (CLO WUS),

14. Bridge Publications (Bridge),

15. International Network Computer Organized Management (INCOMM),

16. IAS Administrations West US (International Association Scientologists),

17. Applied Scholastics (APS),

18. Scientology Missions International,

19. International Management Executive Committee,

20. Sea Org

21. Religious Technology Center(s),

22. Church of Spiritual Technology,

23. Church of Scientology International,

24. World Institute of Scientology Enterprises,

25. Citizens Commission on Human Rights (CCHR),

26. Church of Scientology of California,

27. Watchdog Committee (WDC),

28. Flag Bureaux and Flag Command Bureaux,

29. International Hubbard League of Ecclesiastical League of Pastors,

30. International Management Executive Committee,

31. Continental Liaison Office(s),

32. Executive Council Worldwide,

33. Hubbard Association of Scientologist International,

34. Inspector General Network,

NOTICE OF INTERESTED PARTIES ORIGINAL 4

35. IGN International AB

36. Dianetic Centers International,

37. Dianetic Foundation International,

38. Hubbard Dianetics Foundation,

39. World Institute of Scientology Enterprises, Inc. and WISE, Inc.(WISE)

40. Galaxy Press,

41. Commodore's Messenger Organization,

42. Authors Family Trust,

43. Mr. Hubbard's Trust,

44. Church of Scientology Religious Trust,

45. Scientology International Reserves Trust,

46. Trust for Scientologists,

47. Flagship Trust,

48. San Donato Properties, SA,

49. Transcorp Services, SA,

50. Majestic Cruise Lines,

51. FSS Organization,

52. MCL Services,

53. Church of Scientology Freewind Relay Offices, Inc.

54. International Publications Trust (IPT),

55. Publications Int Limited (PIL)

56. Building Management Services,

57. SOR Services, Ltd.,

58. Nesta Investment Services, Ltd.,

59. Theta Management, Ltd. (TML)

60. New Era Publications International Aps (New Era)

61. Scientology Publications Ltd.

62. Scientology Media Productions,

63. Scientology Network

64. Distribution Center Inc.

65. Association for Better Living, Inc. (ABLE)

66. Criminon International,

67. The Way to Happiness Foundation International (TWTH),

68. National Commission on Law Enforcement and Social Justice(NCLE),

69. Foundation of Religious Freedom,

70. New Cult Awareness Network,

71. Hubbard College of Administration (HCA),

72. Scientology Defense Fund Trust (SDFT)

73. Social Coordination Bureau of the Guardian's Office (SoCo),

74. Church of Scientology Flag Services Organization (CSFSO),

75. Church of Scientology Flag Ship Service Organization (SCFSSO)

76. Church of Scientology Western United States (CSWUS, COSWUS),

77. Continental Liaison Office West US (CLO WUS),

78. Commodore Messenger's Organization Pacific (CMO PAC),

79. Pacific Base Crew (PBC),

80. Church of Scientology of San Diego,

81. Hubbard Association of Scientologists,

82. International Association of Scientologists (IAS)

83. International Association of Scientologists Administrations, N.V. (IASA),

84. Membership Services,

85. US IAS Members' Trust,

86. Founding Church of Scientology,

87. Flag Land Base,

88. Flag Estates Org.,

89. International Training School,

90. New World Corps,

91. Sea Organization Officer Council,

92. Watchdog Committee,

93. Golden Era Studios,

94. Executive Director International,

95. Senior Executive Strata,

96. International Network of Computer Organized Management,

97. LRH Public Relations International,

98. Household Unit,

99. Inspector General Network, Trademark Integrity Division and  Qualifications Division,

100.    United States Scientology Films Trust

101.    International Films Trust,

102.    Cancorp,

103.    Religious Research Foundation,

NOTICE OF INTERESTED PARTIES ORIGINAL 7

104.    L. Ron Hubbard House,

105.    Founding Church of Scientology,

106.    Concerned Businessmen Association of America,

107.    HealthMed,

108.    CAN,

109.    Scientology Leadership,

110.    World Literacy Crusade,

111.    Downtown Medical

112.    EarthLink,

113.    Striker Systems,

114.    Scientologists Taking Action Against Discrimination (STAND),

115.    Second Chance Program,

116.    International Academy of Detoxification Specialists

117.    MGE Management Group

118.    Pur Detox and Recovery

119.    Silkin Management

120.    Hollander Consultants

121.    Sterling Management

122.    Survival Strategies, Inc.

123.    Irons Marcus & Valko Services

Respectfully Submitted

Scott Hochstetter    Date    4-9-26

NOTICE OF INTERESTED PARTIES ORIGINAL 8