AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Scott Hochstetler _____ | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | ) Civil Action No. 2:2026CV01630 ) ) DOC KS |
| City of Los Angeles _____ | ) ) ) ) |
| *Defendant(s)* | |
| ( additional DEFENDANTS See Attachment #1 | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

David Doyle
1358 N Wilcox Ave Los Angeles, CA 90028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott Hochstetler
5419 Hollywood Blvd   Ste C 137
Los Angeles   CA   90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/6/26



1264

Signature of Clerk or Deputy Clerk

JASON JIANG

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT #1

**ADDITIONAL DEFENDENTS TO BE SERVED;**

PATRICK ALUOTTO, in his individual and official capacities as Detective;

HEATHER MATA, in her individual and official capacities as Senior Lead Officer;

RICARDO SALAZAR, in his individual and official capacities as Officer;

DOUGLASS HALL, in his individual and official capacities as Detective;

JESSE RUBALCAVA, in his individual and official capacities as Senior Lead Officer;

ERICA EMETERIO, in her individual and official capacities as Officer;

DAVID DOYLE, in his individual and official capacities as Officer;

JERRY TORRES, in his individual and official capacities as Detective;

TIMOTHY TALMAN, in his individual and official capacities as Officer;

RAYMOND VALOIS, in his individual and  official capacities as Captain;

CRAIG HEREDIA, in his individual and official capacities as Captain;

ANNABELLE EUBANK in her individual and official capacity as Senior Lead Officer;

CHRISTOPHER VELASCO in his individual and official capacities as Officer;

JAMES RICHARDSON in his individual and official capacities as a member of LAPD Clergy Council and Hollywood CPAB;

AARON NICOLARSON in his individual and official capacity as a Security Guard for Celebrity Centre International;

Church of Scientology Celebrity Centre International

Does 1-40

SUMMONS 2