cc: theloreofDOA@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Hochstetter, | **CASE NUMBER** |
| | 2:26-cv-01630-DOC-KS |
| **PLAINTIFF(S)** v. | |
| City of Los Angeles et al, | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| **DEFENDANT(S)** | |

IT IS ORDERED that the Application for Permission for Electronic Filing by      Scott Hochstetter

Pro Se                              is hereby:

☑  GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated:      May 8, 2026

_David O. Carter_

United States District/David O. Carter

☐  DENIED

*Comments:*

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)          ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING