AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Scott Hochstetter
*Plaintiff(s)*

v.

City of Los Angeles
Additional Defendants See Attachment 1
*Defendant(s)*

Civil Action No. 2:2026 CV 01630 DOC KS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James Richardson
5930 Franklin Ave
Los Angeles, CA 90028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott Hochstetter
5419 Hollywood Blvd Ste C 137
Los Angeles CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/7/26

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1264

*Signature of Clerk or Deputy Clerk*
JASON JIANG

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT #1**

**ADDITIONAL DEFENDENTS TO BE SERVED;**

PATRICK ALUOTTO, in his individual and official capacities as Detective;

HEATHER MATA, in her individual and official capacities as Senior Lead Officer;

RICARDO SALAZAR, in his individual and official capacities as Officer;

DOUGLASS HALL, in his individual and official capacities as Detective;

JESSE RUBALCAVA, in his individual and official capacities as Senior Lead Officer;

ERICA EMETERIO, in her individual and official capacities as Officer;

DAVID DOYLE, in his individual and official capacities as Officer;

JERRY TORRES, in his individual and official capacities as Detective;

TIMOTHY TALMAN, in his individual and official capacities as Officer;

RAYMOND VALOIS, in his individual and official capacities as Captain;

CRAIG HEREDIA, in his individual and official capacities as Captain;

ANNABELLE EUBANK in her individual and official capacity as Senior Lead Officer;

CHRISTOPHER VELASCO in his individual and official capacities as Officer;

JAMES RICHARDSON in his individual and official capacities as a member of LAPD Clergy Council and Hollywood CPAB;

AARON NICOLARSON in his individual and official capacity as a Security Guard for Celebrity Centre International;

Church of Scientology Celebrity Centre International

Does 1-40