UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-01630-DOC-KS                                    Date: June 30, 2026

Title      *Scott Hochstetter v. City of Los Angeles et al.*

Present: The Honorable:      Karen L. Stevenson, Chief United States Magistrate Judge

| Kerri Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A          Attorneys Present for Defendants: N/A

**Proceedings: (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND DENYING REQUESTS FOR A TEMPORARY STAY AND FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS [DKT. NO. 19]**

The Court is in receipt of Plaintiff's "Motion for Extension of Time to File Second Amended Complaint, Temporary Stay and Request for Extension of Time to Serve Defendants," filed on June 24, 2026 ("Motion"). (Dkt. No. 19.)  The Court GRANTS in part and DENIES in part the Motion as follows:

(1)    Plaintiff's request for additional time to file his Second Amended Complaint ("SAC") is **GRANTED**.  Petitioner must file his SAC correcting the defects identified in the Court's May 7, 2026 Minute Order **on or before July 30, 2026**.

(2)    Plaintiff's request for a temporary stay of this action is **DENIED**.  To the extent Plaintiff appears to acknowledge that he is engaged in an ongoing state criminal proceeding related to the allegations made in the First Amended Complaint, those claims may be barred if raised again in the SAC and a temporary stay of this action would not be the proper remedy.  The Court will make that determination after Plaintiff files his SAC.

(3)    Plaintiff's request for additional time to serve Defendants is **DENIED** for the failure to establish good cause.

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | klh |

---