AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. #2:26- CV - 01630 DOC KS

FILED

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2026 JUL 30 PM 3: 23

CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

This summons for *(name of individual and title, if any)*   JESS RUBALCAVA

was received by me on *(date)*  05.13.2026

☐ I personally served the summons on the individual at *(place)*

on *(date)*                         ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                . and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Christian M Mejia #40255 , who is

designated by law to accept service of process on behalf of *(name of organization)*  LAPD HOLLYWOOD

DIVISION                                 on *(date)* 05.13.2026 ; or

☐ I returned the summons unexecuted because                                    ; or

☐ Other *(specify)*:

My fees are $              for travel and $              for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date  05.13.26

Amanda Wimpey
*Server's signature*

Amanda Wimpey
*Printed name and title*

Orange County, Ca.
*Server's address*

Additional information regarding attempted service, etc: