AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)                                    FILED

Civil Action No. **# 2:26 - CV - 01630 DOC KS**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2026 JUL 30, PM 3: 23

This summons for *(name of individual and title, if any)* **RICARDO SALAZAR**

was received by me on *(date)* **05.13.2026**.

BY: _____

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Christian M. Mejia #40255** , who is

designated by law to accept service of process on behalf of *(name of organization)* **LAPD HOLLYWOOD DIVISION**

on *(date)* **05.13.26** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **05.13.26**

*Amanda Wimpey*
Server's signature

**Amanda Wimpey**
Printed name and title

**Orange County, Ca**
Server's address

Additional information regarding attempted service, etc: