AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED

Civil Action No  # 2:26 - CV - 01630 DOC KS

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2026 JUL 30  PM 3: 23

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT
LOS ANGELES
BY:

This summons for *(name of individual and title, if any)*  ANNABELLE EUBANK

was received by me on *(date)*  05.13.26

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*              , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Christian M Mejia #40255 , who is

designated by law to accept service of process on behalf of *(name of organization)*  LAPD  HOLLYWOOD

DIVISION                            on *(date)*  05.13.26  ; or

☐ I returned the summons unexecuted because                            ; or

☐ Other *(specify)*

My fees are $              for travel and $              for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:  05.13. 26

*Server's signature*

Amanda Wimpey
*Printed name and title*

Orange County, Ca.
*Server's address*

Additional information regarding attempted service, etc: