AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED

Civil Action No. **#2:26-CV-01630 DOC KS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2026 JUL 30. PM 3: 21

CLERK U.S. DISTRICT COURT
CENTRAL
LOS ANGELES

This summons for *(name of individual and title, if any)* **Christopher Velasco**

was received by me on *(date)* **05.13.26**

BY: _____

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Christan M Mejia #46255** , who is

designated by law to accept service of process on behalf of *(name of organization)* **LAPD Hollywood**

**DIVISION**                    on *(date)* **05.13.26**    ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify)*

My fees are $            for travel and $            for services. for a total of $    **0.00**

I declare under penalty of perjury that this information is true.

Date: **05.13.26**

*Server's signature*

**Amanda Wimpey**
*Printed name and title*

**OrangeCounty, Ca.**
*Server's address*

Additional information regarding attempted service, etc: