AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

**FILED**

Civil Action No. #2:26- CV - 01630 DOC KS

**PROOF OF SERVICE**

2026 JUL 30 PM 3: 21

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

This summons for *(name of individual and title, if any)* Erica Emeteno

was received by me on *(date)* O5.13.2026

BY: _____

☐ I personally served the summons on the individual at *(place)*

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Christian M Mejia #40255, who is

designated by law to accept service of process on behalf of *(name of organization)* LAPD Hollywood DIVISION on *(date)* O5.13.2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: O5.13.26

*Server's signature*

Amanda Wimpey
*Printed name and title*

Orange County, CA
*Server's address*

Additional information regarding attempted service, etc: