AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED

Civil Action No # 2:26 - CV - 01630    DOC KS

**PROOF OF SERVICE**
2026 JUL 30  PM 3: 21

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  HEATHER  MATA

was received by me on *(date)*  05.13.26    BY:

☐ I personally served the summons on the individual at *(place)*

on *(date)*    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Christ^M  Mejia  #40255    , who is

designated by law to accept service of process on behalf of *(name of organization)*  LAPD  HOLLYWOOD

DIVISION    on *(date)*  05.13.26    ; or

☐ I returned the summons unexecuted because    ; or

☐ Other *(specify)*

My fees are $    for travel and $    for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:  05.13.26

*Server's signature*

Amanda Wimpey.
*Printed name and title*

Orange County, Ca.
*Server's address*

Additional information regarding attempted service, etc: