AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED

Civil Action No. #2:26 - CV - 01630 DOC KS

## PROOF OF SERVICE

2026 JUL 30 PM 3: 22

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF
LOS ANGELES
BY: _____

This summons for *(name of individual and title, if any)*  City of Los Angeles

was received by me on *(date)*  5.7. 26

☒ I personally served the summons on the individual at *(place)*  200 N SPRING ST LOS ANGELES CA 90012 on *(date)*  5.7.2026  ; or
@ 2:17 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  VICTOR MALTA  Deputy CLERK  , who is

designated by law to accept service of process on behalf of *(name of organization)*  CITY OF LOS ANGELES  on *(date)*  5.7.26  ; or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify)*

My fees are $  for travel and $  for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  5.7.26

*Server's signature*

Amber Ramirez
*Printed name and title*

2315 So. Gardena St. SnBrdno, CA 92408
*Server's address*  3919

Additional information regarding attempted service, etc: