AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED

Civil Action No. # 2:26- CV- 01630 DOC KS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2026 JUL 30 PM 3: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

This summons for *(name of individual and title, if any)* David Doyle
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ . and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Officer Arazza   serial#47572 , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* 5/11/26  ; or 6:45 p.m

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are S _____ for travel and S _____ for services, for a total of S    0.00

I declare under penalty of perjury that this information is true.

Date: 5/11/26

_____
Server's signature

Sheri Edwards
Printed name and title

3959 W. 182nd St. Torrance, CA 9050
Server's address

Additional information regarding attempted service, etc: