FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Scott Hochstetter
5419 HOLLYWOOD BLVD
STE C 137
Los Angeles, CA 90027
630-465-3557
Theloreofdoa@gmail.com
In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION**

| | |
|---|---|
| SCOTT HOCHSTETTER, PLAINTIFF, V. CITY OF LOS ANGELES, et al., DEFENDANTS | **Case # 2:2026CV01630 DOC-KS** **PROOF OF SERVICE OF SECOND AMENDED COMPLAINT AND CONFIRMATION OF RECEIPT** |

**PROOF OF ELECTRONIC DELIVERY OF SECOND AMENDED COMPLAINT TO COUNSEL FOR DEFENDANT CITY OF LOS ANGELES**

I, Scott Thomas Hochstetter, declare: I am the Plaintiff, appearing pro se, in the above-captioned action.On August 16, 2026, at approximately **9:28 p.m. Pacific Daylight Time,** I transmitted by electronic mail a true and correct filed copy of Plaintiff's **Second Amended Complaint** to:

**Ty A. Ford**
Deputy City Attorney
Police Litigation Unit
Los Angeles City Attorney's Office
Email: **ty.ford@lacity.org**

Mr. Ford previously identified himself as defense counsel for Defendant **City of Los Angeles** in this action, Case No. **2:26-cv-01630-DOC-KS**. The Second Amended Complaint was attached to the electronic-mail transmission in PDF format. The email requested confirmation of receipt.This electronic transmission is separate from the August 7, 2026 delivery of copies of the Second Amended Complaint to individually named LAPD defendants at the Hollywood Division, which is documented separately.I submit this Proof of Electronic Delivery to document the date, time, manner, recipient, and attachment transmitted to counsel for Defendant City of Los Angeles.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Respectfully submitted,** Dated: August 16, 2026

**SCOTT THOMAS HOCHSTETTER**
Plaintiff, Pro Se