FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Scott Hochstetter
5419 HOLLYWOOD BLVD
STE C 137
Los Angeles, CA 90027
630-465-3557
Theloreofdoa@gmail.com
In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION**

| | |
|---|---|
| SCOTT HOCHSTETTER, PLAINTIFF, | Case # 2:2026CV01630 DOC-KS |
| V. | |
| CITY OF LOS ANGELES, et al., DEFENDANTS | **PROOF OF SERVICE OF SECOND AMENDED COMPLAINT AND CONFIRMATION OF RECEIPT** |

**DECLARATION OF SCOTT THOMAS HOCHSTETTER REGARDING CONFIRMATION OF RECEIPT**

I, Scott Thomas Hochstetter, declare: I am the Plaintiff in this action. On Monday, August 10, 2026, at approximately 10:57 a.m. Pacific Time, I spoke by cellular telephone with LAPD Hollywood Division Subpoena Control Officer Myrna Pace.

During that telephone conversation, Officer Pace confirmed that the Hollywood Division had received the copies of Plaintiff's Second Amended Complaint that Amanda Wimpey delivered to the Hollywood Division front desk on August 7, 2026. Officer Pace further confirmed to me that each of the following named officers would receive the Second Amended Complaint:

1. Erica Emeterio
2. Annabelle Eubank
3. Heather Mata
4. Jesse Rubalcava
5. Ricardo Salazar
6. Christopher Velasco

I submit this declaration to document Hollywood Division's receipt of the Second Amended Complaint and the subsequent confirmation by Hollywood Division Subpoena Control that each of the individually named officers would receive the Second Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 16, 2026, at Orange County, California.

Scott Thomas Hochstetter
Plaintiff, Pro Se