FILED

Scott Hochstetter
5419 HOLLYWOOD BLVD
STE C 137
Los Angeles, CA 90027
630-465-3557
Theloreofdoa@gmail.com
In Pro Per

2026 AUG 17 AM 9: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION**

| | |
|---|---|
| SCOTT HOCHSTETTER, PLAINTIFF, | **Case # 2:2026CV01630 DOC-KS** |
| V. | |
| CITY OF LOS ANGELES, et al., DEFENDANTS | **PROOF OF SERVICE OF SECOND AMENDED COMPLAINT AND CONFIRMATION OF RECEIPT** |

**PROOF OF SERVICE OF SECOND AMENDED COMPLAINT AND CONFIRMATION OF RECEIPT**

**DECLARATION OF AMANDA WIMPEY**

I, Amanda Wimpey, declare: I am over the age of eighteen years, am not a party to this action, and reside in Orange County, California.

On **Friday, August 7, 2026, at approximately 1:00 p.m. Pacific Time**, I personally delivered true and correct copies of Plaintiff Scott Hochstetter's **Second Amended Complaint** to the **front desk of the Los Angeles Police Department, Hollywood Community Police Station**, located at ; 1358 N. Wilcox Avenue Los Angeles, California 90028 At the Hollywood Division front desk, I delivered the documents to **LAPD Officer Dunasco, Serial No. 45348**. At the time of delivery, I specifically informed Officer Dunasco that the copies of the Second Amended Complaint were being delivered for each of the following named Defendants:

1. Erica Emeterio
2. Annabelle Eubank
3. Heather Mata
4. Jesse Rubalcava
5. Ricardo Salazar
6. David Doyle

Officer Dunasco accepted the documents at the Hollywood Division front desk.I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.Executed on August 16, 2026, at Orange County, California.

*Amanda Wimpey*
**Amanda Wimpey**
Declarant