**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **SCOTT HOCHSTETTER,** <br> **Plaintiff,** <br> **v.** <br><br> **CITY OF LOS ANGELES, et al.** <br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **NO. 2:26-cv-01630-DOC-KS** <br><br> **INITIAL ORDER IN CIVIL RIGHTS CASES** |

This case has been referred to Magistrate Judge Karen L. Stevenson for pre-trial proceedings. All future pleadings and correspondence shall be addressed to Kerri Hays, Courtroom Deputy to Magistrate Judge Stevenson, Roybal Federal Courthouse, 255 E. Temple St., Los Angeles, CA 90012.

1. Service of Summons and Second Amended Complaint

Plaintiff shall promptly proceed with service of the summons and Second Amended Complaint on all named defendants. Service of the summons and Second Amended Complaint must comply with the provisions of Rule 4 of the Federal Rules of Civil Procedure. **Plaintiff shall file one copy of the proof of service showing compliance**

**with this order within 90 days of filing the Second Amended Complaint.** Non-compliance with this paragraph may result in a recommendation of dismissal.

2. Pro Se Clinic

Plaintiff is advised that there is a Federal Pro Se Clinic available for assistance. The Clinic offers information and guidance to individuals who are representing themselves in federal civil actions. The Clinic is administered by a non-profit law firm, Public Counsel, not by the Court. More information is available at: http://prose.cacd.uscourts.gov. Please note that Pro Se Clinic consultations are by appointment only.

3. Requirements for Submitting Pleadings to the Court

a. All documents concerning this case are to be submitted for filing either by direct filing at the filing window or by mail, addressed to the Clerk at the address indicated above. Pursuant to Local Rule 83-2.11 of the Local Rules of this Court, the parties must refrain from communicating with the judge by letter or telephone call. All inquiries, requests or other matters to be called to the judge's attention regarding this case must be submitted for filing as motions, application or other appropriate pleadings and a copy must be served on all other parties in the case.

b. At the top of the first page of any document submitted for filing, Plaintiff shall provide his/her name and mailing address. The address provided will be presumed correct and will be used to communicate with Plaintiff. During the pendency of the action, Plaintiff must notify the Court immediately if his/her address changes and must provide the Court with the new address and its effective date. Any failure by Plaintiff to comply with a court order because Plaintiff did not receive the order due to his/her failure to inform the Court of his/her current address may result in the

action being dismissed for failure to prosecute. *See Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Rule 41-6.

c. Only one side of each page shall be used. Each document shall have at least a 1 inch margin at the top of each page so that the document can be 2-hole punched and properly bound in the Court file.

d. Plaintiff shall submit one original (or, if Plaintiff wishes to receive a conformed copy, one original and one copy) of all documents filed with the Court. The Clerk will not make photocopies of documents. Plaintiff is reminded that he/she must sign the original document. *See* Fed. R. Civ. P. 11(a); Local Rule 11-1.

e. Once a Defendant has been served with process or has entered an appearance in the case, Rule 5 of the Federal Rules of Civil Procedure requires that Plaintiff must serve each Defendant's attorney (or the Defendant him or herself, if not represented by counsel), with a copy of every pleading or other document submitted for the Court's consideration. Each document submitted after any Defendant has entered an appearance in the case or has been served with process must be accompanied by a proof of service upon each such Defendant in accordance with Rule 5 of the Federal Rules of Civil Procedure, and Local Rule 5-3 of this Court. Strict compliance with Rule 5 and Local Rule 5-3 will be required, and any documents which fail to contain the required proof of service will be disregarded.

\\
\\
\\
\\
\\

f. Any document submitted that does not comply with the foregoing may be returned to Plaintiff without filing or stricken and denied consideration by the court.

**IT IS SO ORDERED.**

DATED: August 20, 2026

Karen L. Stevenson

HON. KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE