**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**JEREMY B. WARREN,** Deputy City Attorney (SBN 199583)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: jeremy.warren@lacity.org

*Attorneys for Defendants*, ERICA EMETERIO, ANNABELLE EUBANK, HEATHER MATA, JESSE RUBALCAVA, RICARDO SALAZAR, DAVID DOYLE and CHRISTOPHER VELASCO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT HOCHSTETTER

Plaintiff(s),

v.

CITY OF LOS ANGELES
DAVID DOYLE, in his individual and oficial capacities;
ANNABELLE EUBANK, in her individual and official capacities;
ERICA EMETERIO, in her individual and oficial capacities;
DOUGLASS HALL, in his individual and oficial capacities;
PATRICK ALUOTTO, in his individual and oficial capacities;
HEATHER MATA, in her individual and oficial capacities;
JESSE RUBALCAVA, in his individual and oficial capacities;
RICARDO SALAZAR, in his individual and oficial capacities;
RAYMOND VALOIS, in his individual and oficial capacities;
CHRISTOPHER VELASCO, in his individual and official capacities;
JAMES RICHARDSON in his individual and oficial capacities;
CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL;
AARON NICOLARSON in his individual and oficial capacity;
and DOES 1 through 30, inclusive,

Defendant(s).

CASE NO. 2:26-cv-01630-DOC-KS
*Hon. David O. Carter – Ctrm. 10A*
*Hon. Karen L. Stevenson – Ctrm. 580*

**DEFENDANTS ERICA EMETERIO, ANNABELLE EUBANK, HEATHER MATA, JESSE RUBALCAVA, RICARDO SALAZAR, DAVID DOYLE AND CHRISTOPHER VELASCO'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES**

Defendants Erica Emeterio, Annabelle Eubank, Heather Mata, Jesse Rubalcava, Ricardo Salazar, David Doyle and Christopher Velasco's ("Defendants") answering Plaintiff's Complaint for Damages for themselves and for no other parties, admit, deny and allege as follows:

**I. INTRODUCTION**

1. Answering paragraph 1, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

2. Answering paragraph 2, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

3. Answering paragraph 3, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

4. Answering paragraph 4, Defendants deny the allegations contained therein.

5. Answering paragraph 5, Defendants deny the allegations contained therein.

6. Answering paragraph 6, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

7. Answering paragraph 7, Defendants deny the allegations contained therein.

8. Answering paragraph 8, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

9. Answering paragraph 9, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

10. Answering paragraph 10, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

11. Answering paragraph 11, Defendants deny the allegations contained therein.

12. Answering paragraph 12, Defendants deny the allegations contained therein.

13. Answering paragraph 13, to the extent that this paragraph asserts legal conclusions, no answer is required. Defendants deny that Plaintiff is entitled to damages.

**II. VENUE AND JURISDICTION**

14. Answering paragraph 14, Defendants admit that the United States District Court has jurisdiction over the 42 U.S.C. §1983 claims and has the discretion to exercise supplemental jurisdiction over the state law claims.

15. Answering paragraph 15, Defendants admit that venue is proper in the United States District Court for the Central District of California.

16. Answering paragraph 16, to the extent that this paragraph asserts legal conclusions, no answer is required.

17. Answering paragraph 17, to the extent that this paragraph asserts legal conclusions, no answer is required. Defendants deny that declaratory or injunctive action is warranted.

18. Answering paragraph 18, to the extent that this paragraph asserts legal conclusions, no answer is required.

**III. PARTIES**

19. Answering paragraph 19, Defendants deny the allegations contained therein.

20. Answering paragraph 20, Defendants admit that the City of Los Angeles is a municipality in good standing under the laws of the State of California and the United States of America and that the LAPD is the primary law enforcement agency for the City.

21. Answering paragraph 21, Defendants admit that Officer Doyle is a LAPD Officer.

22. Answering paragraph 22, Defendants admit that Officer Eubank is a LAPD Officer.

23. Answering paragraph 23, Defendants admit that Officer Emeterio is a LAPD Officer.

24. Answering paragraph 24, Defendants admit that Officer Hall is a LAPD Officer.

25. Answering paragraph 25, Defendants admit that Officer Aluotto is a LAPD Officer.

26. Answering paragraph 26, Defendants admit that Officer Mata is a LAPD Officer.

27. Answering paragraph 27, Defendants admit that Officer Rubalcava is a LAPD Officer.

28. Answering paragraph 28, Defendants admit that Officer Salazar is a LAPD Officer.

29. Answering paragraph 29, Defendants admit that Officer Valois is a LAPD Officer.

30. Answering paragraph 30, Defendants admit that Officer Velsaco is a LAPD Officer.

31. Answering paragraph 31, Defendants lack sufficient information and belief to answer.

32. Answering paragraph 32, Defendants lack sufficient information and belief to answer.

33. Answering paragraph 33, Defendants lack sufficient information and belief to answer.

34. Answering paragraph 34, Defendants lack sufficient information and belief to answer.

35. Answering paragraph 35, Defendants deny the allegations contained therein.

///

///

## IV. FACTUAL ALLEGATIONS

### A. PLAINTIFF'S Protected First Amendment Activity

36. Answering paragraph 36, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

37. Answering paragraph 37, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

38. Answering paragraph 38, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

39. Answering paragraph 39, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

40. Answering paragraph 40, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

### B. Hollywood Division's Treatment of Scientology Protesters Prior to February 16, 2024

41. Answering paragraph 41, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

42. Answering paragraph 42, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

43. Answering paragraph 43, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

44. Answering paragraph 44, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

45. Answering paragraph 45, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

46. Answering paragraph 46, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

47. Answering paragraph 47, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**C. Documented Incidents Preceding Plaintiff's February 16, 2024 Arrest**

48. Answering paragraph 48, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

49. Answering paragraph 49, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

50. Answering paragraph 50, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

51. Answering paragraph 51, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

52. Answering paragraph 52, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

53. Answering paragraph 53, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

54. Answering paragraph 54, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

55. Answering paragraph 55, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

56. Answering paragraph 56, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

57. Answering paragraph 57, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

58. Answering paragraph 58, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

59. Answering paragraph 59, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

60. Answering paragraph 60, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

61. Answering paragraph 61, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

62. Answering paragraph 62, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

63. Answering paragraph 63, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

64. Answering paragraph 64, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

65. Answering paragraph 65, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

66. Answering paragraph 66, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

67. Answering paragraph 67, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

68. Answering paragraph 68, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

69. Answering paragraph 69, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

70. Answering paragraph 70, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

71. Answering paragraph 71, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**D. February 16, 2024 – The Arrests at LA POUBELLE**

72. Answering paragraph 72, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**ARREST OF JASIAH ADLER ON A PRIVATE PERSON’S ARREST**

73. Answering paragraph 73, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

74. Answering paragraph 74, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

75. Answering paragraph 75 Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

76. Answering paragraph 76, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

77. Answering paragraph 77, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**ARREST OF DANIEL VILLEDA GONZALEZ AND KAMRIN IVONE**

78. Answering paragraph 78, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

79. Answering paragraph 79, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

80. Answering paragraph 80, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

81. Answering paragraph 81, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

82. Answering paragraph 82, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

83. Answering paragraph 83, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

84. Answering paragraph 84, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

85. Answering paragraph 85, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

86. Answering paragraph 86, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

///

**ARREST OF PLAINTIFF**

87. Answering paragraph 87, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

88. Answering paragraph 88, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

89. Answering paragraph 89, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

90. Answering paragraph 90, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

91. Answering paragraph 91, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

92. Answering paragraph 92, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

93. Answering paragraph 93, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

94. Answering paragraph 94, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

95. Answering paragraph 95, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

96. Answering paragraph 96, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

97. Answering paragraph 97, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

98. Answering paragraph 98, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

99. Answering paragraph 99, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

100. Answering paragraph 100, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

101. Answering paragraph 101, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

102. Answering paragraph 102, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

103. Answering paragraph 103, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

104. Answering paragraph 104, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

105. Answering paragraph 105, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

106. Answering paragraph 106, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

107. Answering paragraph 107, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

108. Answering paragraph 108, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

109. Answering paragraph 109, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

110. Answering paragraph 110, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

111. Answering paragraph 111, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

112. Answering paragraph 112, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

113. Answering paragraph 113, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

114. Answering paragraph 114, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

115. Answering paragraph 115, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

116. Answering paragraph 116, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

117. Answering paragraph 117, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

118. Answering paragraph 118, Defendants deny the allegations contained therein.

119. Answering paragraph 119, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

120. Answering paragraph 120, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

121. Answering paragraph 121, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

122. Answering paragraph 122, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

123. Answering paragraph 123, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

124. Answering paragraph 124, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

125. Answering paragraph 125, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

126. Answering paragraph 126, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

127. Answering paragraph 127, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

128. Answering paragraph 128, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

129. Answering paragraph 129, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

130. Answering paragraph 130, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

131. Answering paragraph 131, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

132. Answering paragraph 132 Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

133. Answering paragraph 133, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

134. Answering paragraph 134, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

135. Answering paragraph 135, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

136. Answering paragraph 136, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

137. Answering paragraph 137, Defendants deny the allegations contained therein.

138. Answering paragraph 138, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

139. Answering paragraph 139, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

140. Answering paragraph 140, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

141. Answering paragraph 141, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

142. Answering paragraph 142, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

143. Answering paragraph 143, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

144. Answering paragraph 144, Defendants deny the allegations contained therein.

145. Answering paragraph 145, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

146. Answering paragraph 146, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

147. Answering paragraph 147, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

148. Answering paragraph 148, Defendants deny the allegations contained therein.

149. Answering paragraph 149, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

150. Answering paragraph 150, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

151. Answering paragraph 151, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

152. Answering paragraph 152, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

153. Answering paragraph 153, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

154. Answering paragraph 154, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

155. Answering paragraph 155, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

156. Answering paragraph 156, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

157. Answering paragraph 157, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

158. Answering paragraph 158, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

159. Answering paragraph 159, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

160. Answering paragraph 160, Defendants deny the allegations contained therein.

161. Answering paragraph 161, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

162. Answering paragraph 162, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

163. Answering paragraph 163, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

164. Answering paragraph 164, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

165. Answering paragraph 165, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

166. Answering paragraph 166, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

167. Answering paragraph 167, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

168. Answering paragraph 168, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

169. Answering paragraph 169, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

170. Answering paragraph 170, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**E. Continuing Investigation between 2.16.24 and 5.25.24**

171. Answering paragraph 171, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

172. Answering paragraph 172, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

173. Answering paragraph 173, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

174. Answering paragraph 174, Defendants deny the allegations contained therein.

175. Answering paragraph 175, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

176. Answering paragraph 176, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

177. Answering paragraph 177, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

178. Answering paragraph 178, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

179. Answering paragraph 179, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

180. Answering paragraph 180, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

181. Answering paragraph 181, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

182. Answering paragraph 182, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

183. Answering paragraph 183, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

184. Answering paragraph 184, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

185. Answering paragraph 185, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

186. Answering paragraph 186, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

187. Answering paragraph 187, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

188. Answering paragraph 188, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

189. Answering paragraph 189, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

190. Answering paragraph 190, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

191. Answering paragraph 191, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

192. Answering paragraph 192, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

193. Answering paragraph 193, Defendants deny the allegations contained therein.

**F. The May 25, 2024 Arrest**

194. Answering paragraph 194, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

195. Answering paragraph 195, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

196. Answering paragraph 196, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

197. Answering paragraph 197, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

198. Answering paragraph 198, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

199. Answering paragraph 199, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

200. Answering paragraph 200, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

201. Answering paragraph 201, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

202. Answering paragraph 202, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

203. Answering paragraph 203, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

204. Answering paragraph 204, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

205. Answering paragraph 205, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

206. Answering paragraph 206, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

207. Answering paragraph 207, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

208. Answering paragraph 208, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

209. Answering paragraph 209, Defendants deny the allegations contained therein.

210. Answering paragraph 210, Defendants deny the allegations contained therein.

211. Answering paragraph 211, Defendants deny the allegations contained therein.

212. Answering paragraph 212, Defendants deny the allegations contained therein.

213. Answering paragraph 213, Defendants deny the allegations contained therein.

214. Answering paragraph 214, Defendants deny the allegations contained therein.

215. Answering paragraph 215, Defendants deny the allegations contained therein.

216. Answering paragraph 216, Defendants deny the allegations contained therein.

217. Answering paragraph 217, Defendants deny the allegations contained therein.

218. Answering paragraph 218, Defendants deny the allegations contained therein.

219. Answering paragraph 219, Defendants deny the allegations contained therein.

220. Answering paragraph 220, Defendants deny the allegations contained therein.

221. Answering paragraph 221, Defendants deny the allegations contained therein.

222. Answering paragraph 222, Defendants deny the allegations contained therein.

223. Answering paragraph 223, Defendants deny the allegations contained therein.

224. Answering paragraph 224, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

225. Answering paragraph 225, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

226. Answering paragraph 226, Defendants deny the allegations contained therein.

227. Answering paragraph 227, Defendants deny the allegations contained therein.

228. Answering paragraph 228, Defendants deny the allegations contained therein.

229. Answering paragraph 229, Defendants deny the allegations contained therein.

**G. Current Status of the February 16, 2024 Criminal Proceedings**

230. Answering paragraph 230, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

231. Answering paragraph 231, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

232. Answering paragraph 232, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

233. Answering paragraph 233, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

234. Answering paragraph 234, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

235. Answering paragraph 235, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

236. Answering paragraph 236, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

237. Answering paragraph 237, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

238. Answering paragraph 238, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

239. Answering paragraph 239, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

240. Answering paragraph 240, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

241. Answering paragraph 241, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

242. Answering paragraph 242, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

243. Answering paragraph 243, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

244. Answering paragraph 244, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

245. Answering paragraph 245, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

246. Answering paragraph 246, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

247. Answering paragraph 247, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

**H. MUNICIPAL LIABILITY (MONELL) AGAINST DEFENDANT CITY OF LOS ANGELES**

248. Answering paragraph 248, which incorporates by reference the allegations of the previous paragraphs of the Second Amended Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

249. Answering paragraph 249, Defendants deny the allegations contained therein.

250. Answering paragraph 250, Defendants deny the allegations contained therein.

251. Answering paragraph 251, Defendants deny the allegations contained therein.

252. Answering paragraph 252, Defendants deny the allegations contained therein.

253. Answering paragraph 253, Defendants deny the allegations contained therein.

254. Answering paragraph 254, Defendants deny the allegations contained therein.

255. Answering paragraph 255, Defendants deny the allegations contained therein.

256. Answering paragraph 256, Defendants deny the allegations contained therein.

257. Answering paragraph 257, Defendants deny the allegations contained therein.

258. Answering paragraph 258, Defendants deny the allegations contained therein.

259. Answering paragraph 259, Defendants deny the allegations contained therein.

260. Answering paragraph 260, Defendants deny the allegations contained therein.

261. Answering paragraph 261, Defendants deny the allegations contained therein.

262. Answering paragraph 262, Defendants deny the allegations contained therein.

263. Answering paragraph 263, Defendants deny the allegations contained therein.

264. Answering paragraph 264, Defendants deny the allegations contained therein.

265. Answering paragraph 265, Defendants deny the allegations contained therein.

266. Answering paragraph 266, Defendants deny the allegations contained therein.

267. Answering paragraph 267, Defendants deny the allegations contained therein.

268. Answering paragraph 268, Defendants deny the allegations contained therein.

269. Answering paragraph 269, Defendants deny the allegations contained therein.

270. Answering paragraph 270, Defendants deny the allegations contained therein.

271. Answering paragraph 271, Defendants deny the allegations contained therein.

**I. Joint Action, Delegation of Law Enforcement Functions, and Unconstitutional Coordination with Private Actors**

272. Answering paragraph 272, Defendants deny the allegations contained therein.

273. Answering paragraph 273, Defendants deny the allegations contained therein.

274. Answering paragraph 274, Defendants deny the allegations contained therein.

275. Answering paragraph 275, Defendants deny the allegations contained therein.

276. Answering paragraph 276, Defendants deny the allegations contained therein.

277. Answering paragraph 277, Defendants deny the allegations contained therein.

278. Answering paragraph 278, Defendants deny the allegations contained therein.

279. Answering paragraph 279, Defendants deny the allegations contained therein.

280. Answering paragraph 280, Defendants deny the allegations contained therein.

281. Answering paragraph 281, Defendants deny the allegations contained therein.

282. Answering paragraph 282, Defendants deny the allegations contained therein.

## V. CAUSES OF ACTION

283. Answering paragraph 283, Defendants deny the allegations contained therein.

### 1. FIRST CAUSE OF ACTION - Violation of the Fourth Amendment

### 42 U.S.C. § 1983 - Unlawful Arrest Pursuant to Private Person's Arrest (February 16,2024)

**(Against DEFENDANTS CITY OF LOS ANGELES, MATA, ALUOTTO, EMETERIO, RUBALCAVA, SALAZAR, DOYLE, and DOES 1- 30)**

284. Answering paragraph 284, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

285. Answering paragraph 285, to the extent this paragraph asserts legal conclusions, no answer is necessary.

286. Answering paragraph 286, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

287. Answering paragraph 287, Defendants deny the allegations contained therein.

288. Answering paragraph 288, Defendants deny the allegations contained therein.

289. Answering paragraph 289, Defendants deny the allegations contained therein.

290. Answering paragraph 290, Defendants deny the allegations contained therein.

291. Answering paragraph 291, Defendants deny the allegations contained therein.

292. Answering paragraph 292, Defendants deny the allegations contained therein.

293. Answering paragraph 293, Defendants deny the allegations contained therein.

294. Answering paragraph 294, Defendants deny the allegations contained therein.

295. Answering paragraph 295, Defendants deny the allegations contained therein.

**2. SECOND CAUSE OF ACTION - Violation of the Fourth Amendment 42 U.S.C. § 1983 - Unlawful Re-Arrest, Continued Seizure, False Imprisonment, and Unreasonable Detention**

**(Against DEFENDANTS CITY OF LOS ANGELES, MATA, ALUOTTO, EMETERIO, RUBALCAVA, SALAZAR, DOYLE, and DOES 1-30)**

296. Answering paragraph 296, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

297. Answering paragraph 297, to the extent this paragraph asserts legal conclusions, no answer is necessary.

298. Answering paragraph 298, Defendants deny the allegations contained therein.

299. Answering paragraph 299, Defendants deny the allegations contained therein.

300. Answering paragraph 300, Defendants deny the allegations contained therein.

301. Answering paragraph 301, Defendants deny the allegations contained therein.

302. Answering paragraph 302, Defendants deny the allegations contained therein.

303. Answering paragraph 303, Defendants deny the allegations contained therein.

304. Answering paragraph 304, Defendants deny the allegations contained therein.

305. Answering paragraph 305, Defendants deny the allegations contained therein.

306. Answering paragraph 306, Defendants deny the allegations contained therein.

307. Answering paragraph 307, Defendants deny the allegations contained therein.

308. Answering paragraph 308, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

309. Answering paragraph 309, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

310. Answering paragraph 310, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

311. Answering paragraph 311, Defendants deny the allegations contained therein.

312. Answering paragraph 312, Defendants deny the allegations contained therein.

313. Answering paragraph 313, Defendants deny the allegations contained therein.

314. Answering paragraph 314, Defendants deny the allegations contained therein.

315. Answering paragraph 315, Defendants deny the allegations contained therein.

316. Answering paragraph 316, Defendants deny the allegations contained therein.

317. Answering paragraph 317, Defendants deny the allegations contained therein.

318. Answering paragraph 318, Defendants deny the allegations contained therein.

319. Answering paragraph 319, Defendants deny the allegations contained therein.

320. Answering paragraph 320, Defendants deny the allegations contained therein.

**3. THIRD CAUSE OF ACTION - Violation of the Fourth Amendment**

**42 U.S.C. § 1983 - Unreasonable Search and Seizure of PLAINTIFF's Vehicle and Property**

**(Against DEFENDANTS CITY OF LOS ANGELES, MATA, ALUOTTO, EMETERIO, RUBALCAVA, SALAZAR, DOYLE, and DOES 1-30)**

321. Answering paragraph 321, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

322. Answering paragraph 322, to the extent this paragraph asserts legal conclusions, no answer is necessary.

323. Answering paragraph 323, Defendants deny the allegations contained therein.

324. Answering paragraph 324, Defendants deny the allegations contained therein.

325. Answering paragraph 325, Defendants deny the allegations contained therein.

326. Answering paragraph 326, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

327. Answering paragraph 327, Defendants deny the allegations contained therein.

328. Answering paragraph 328, Defendants deny the allegations contained therein.

329. Answering paragraph 329, Defendants deny the allegations contained therein.

330. Answering paragraph 330, Defendants deny the allegations contained therein.

331. Answering paragraph 331, Defendants deny the allegations contained therein.

332. Answering paragraph 332, Defendants deny the allegations contained therein.

333. Answering paragraph 333, Defendants deny the allegations contained therein.

334. Answering paragraph 334, Defendants deny the allegations contained therein.

335. Answering paragraph 335, Defendants deny the allegations contained therein.

336. Answering paragraph 336, Defendants deny the allegations contained therein.

337. Answering paragraph 337, Defendants deny the allegations contained therein.

**4. FOURTH CAUSE OF ACTION - Violation of the First Amendment**
**42 U.S.C. § 1983 - Retaliation for Protected Speech and Expressive Activity**
**(Against DEFENDANTS CITY OF LOS ANGELES, ALUOTTO, HALL, MATA, SALAZAR, DOYLE, VELASCO and DOES 1-30)**

338. Answering paragraph 338, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

339. Answering paragraph 339, to the extent this paragraph asserts legal conclusions, no answer is necessary.

340. Answering paragraph 340, Defendants deny the allegations contained therein.

341. Answering paragraph 341, Defendants deny the allegations contained therein.

342. Answering paragraph 342, Defendants deny the allegations contained therein.

343. Answering paragraph 343, Defendants deny the allegations contained therein.

344. Answering paragraph 344, Defendants deny the allegations contained therein.

345. Answering paragraph 345, Defendants deny the allegations contained therein.

346. Answering paragraph 346, Defendants deny the allegations contained therein.

347. Answering paragraph 347, Defendants deny the allegations contained therein.

348. Answering paragraph 348, Defendants deny the allegations contained therein.

349. Answering paragraph 349, Defendants deny the allegations contained therein.

350. Answering paragraph 350, Defendants deny the allegations contained therein.

351. Answering paragraph 351, Defendants deny the allegations contained therein.

352. Answering paragraph 352, Defendants deny the allegations contained therein.

353. Answering paragraph 353, Defendants deny the allegations contained therein.

354. Answering paragraph 354, Defendants deny the allegations contained therein.

355. Answering paragraph 355, Defendants deny the allegations contained therein.

**5. FIFTH CAUSE OF ACTION - Violation of the Fourth and First Amendments 42 U.S.C. § 1983 - Unlawful Arrest, Retaliatory Arrest, and Unreasonable Seizure (May 25, 2024)**

**(Against DEFENDANTS SALAZAR, VELASCO, CITY OF LOS ANGELES, DOES 1-30,)**

356. Answering paragraph 356, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

357. Answering paragraph 357, Defendants lack sufficient information and belief to answer and, on that basis, deny the allegations contained therein.

358. Answering paragraph 358, Defendants deny the allegations contained therein.

359. Answering paragraph 359, Defendants deny the allegations contained therein.

360. Answering paragraph 360, Defendants deny the allegations contained therein.

361. Answering paragraph 361, Defendants deny the allegations contained therein.

362. Answering paragraph 362, Defendants deny the allegations contained therein.

363. Answering paragraph 363, Defendants deny the allegations contained therein.

364. Answering paragraph 364, Defendants deny the allegations contained therein.

365. Answering paragraph 365, Defendants deny the allegations contained therein.

366. Answering paragraph 366, Defendants deny the allegations contained therein.

367. Answering paragraph 367, Defendants deny the allegations contained therein.

368. Answering paragraph 368, Defendants deny the allegations contained therein.

369. Answering paragraph 369, Defendants deny the allegations contained therein.

370. Answering paragraph 370, Defendants deny the allegations contained therein.

371. Answering paragraph 371, Defendants deny the allegations contained therein.

372. Answering paragraph 372, Defendants deny the allegations contained therein.

373. Answering paragraph 373, Defendants deny the allegations contained therein.

**6. SIXTH CAUSE OF ACTION - Violation of the Fourteenth Amendment**

**42 U.S.C. § 1983 - Denial of Equal Protection Through Selective Enforcement and Selective Non-Enforcement**

**(Against DEFENDANTS CITY OF LOS ANGELES, MATA, ALUOTTO, HALL, RICHARDSON, SALAZAR,VALOIS, VELASCO, EMETERIO, EUBANK, DOYLE, and DOES 1-30)**

374. Answering paragraph 374, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

375. Answering paragraph 375, to the extent this paragraph asserts legal conclusions, no answer is necessary.

376. Answering paragraph 376, Defendants deny the allegations contained therein.

377. Answering paragraph 377, Defendants deny the allegations contained therein.

378. Answering paragraph 378, Defendants deny the allegations contained therein.

379. Answering paragraph 379, Defendants deny the allegations contained therein.

380. Answering paragraph 380, Defendants deny the allegations contained therein.

381. Answering paragraph 381, Defendants deny the allegations contained therein.

382. Answering paragraph 382, Defendants deny the allegations contained therein.

383. Answering paragraph 383, Defendants deny the allegations contained therein.

384. Answering paragraph 384, Defendants deny the allegations contained therein.

385. Answering paragraph 385, Defendants deny the allegations contained therein.

386. Answering paragraph 386, Defendants deny the allegations contained therein.

387. Answering paragraph 387, Defendants deny the allegations contained therein.

388. Answering paragraph 388, Defendants deny the allegations contained therein.

389. Answering paragraph 389, Defendants deny the allegations contained therein.

390. Answering paragraph 390, Defendants deny the allegations contained therein.

**7. SEVENTH CAUSE OF ACTION - Municipal Liability**

**Under 42 U.S.C. § 1983 (Monell)**

**Against DEFENDANT CITY OF LOS ANGELES**

391. Answering paragraph 391, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

392. Answering paragraph 392, Defendants deny the allegations contained therein.

393. Answering paragraph 393, Defendants deny the allegations contained therein.

394. Answering paragraph 394, Defendants deny the allegations contained therein.

395. Answering paragraph 395, Defendants deny the allegations contained therein.

**A. Selective Enforcement of the Law**

396. Answering paragraph 396, Defendants deny the allegations contained therein.

**B. Selective Non-Enforcement**

397. Answering paragraph 397, Defendants deny the allegations contained therein.

**C. Failure to Conduct Constitutionally Adequate Investigations**

398. Answering paragraph 398, Defendants deny the allegations contained therein.

**D. Improper Reliance Upon Private Parties**

399. Answering paragraph 399, Defendants deny the allegations contained therein.

400. Answering paragraph 400, Defendants deny the allegations contained therein.

**E. Retaliatory Enforcement Against Protected Speech**

401. Answering paragraph 401, Defendants deny the allegations contained therein.

402. Answering paragraph 402, Defendants deny the allegations contained therein.

**F. Failure to Train**

403. Answering paragraph 403, Defendants deny the allegations contained therein.

404. Answering paragraph 404, Defendants deny the allegations contained therein.

**G. Failure to Supervise and Discipline**

405. Answering paragraph 405, Defendants deny the allegations contained therein.

406. Answering paragraph 406, Defendants deny the allegations contained therein.

**H. Ratification**

407. Answering paragraph 407, Defendants deny the allegations contained therein.

408. Answering paragraph 408, Defendants deny the allegations contained therein.

**I. Deliberate Indifference**

409. Answering paragraph 409, Defendants deny the allegations contained therein.

410. Answering paragraph 410, Defendants deny the allegations contained therein.

411. Answering paragraph 411, Defendants deny the allegations contained therein.

412. Answering paragraph 412, Defendants deny the allegations contained therein.

413. Answering paragraph 413, Defendants deny the allegations contained therein.

414. Answering paragraph 414, Defendants deny the allegations contained therein.

**8. EIGHTH CAUSE OF ACTION - Declaratory Relief**

**28 U.S.C. §§ 2201-2202 (Against All Defendants)**

415. Answering paragraph 415, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

416. Answering paragraph 416, Defendants deny the allegations contained therein.

417. Answering paragraph 417, Defendants deny the allegations contained therein.

418. Answering paragraph 418, Defendants deny the allegations contained therein.

419. Answering paragraph 419, Defendants deny the allegations contained therein.

420. Answering paragraph 420 and subparts (A-F), Defendants deny the allegations contained therein.

421. Answering paragraph 421, Defendants deny the allegations contained therein.

422. Answering paragraph 422, Defendants deny the allegations contained therein.

423. Answering paragraph 423, Defendants deny the allegations contained therein.

**9. NINTH CAUSE OF ACTION - Prospective Injunctive Relief**

**42 U.S.C. § 1983 and 28 U.S.C. §§ 2201-2202**

**(Against Defendant CITY OF LOS ANGELES and All Defendants Acting in Their Official Capacities)**

424. Answering paragraph 424, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers to those paragraphs.

425. Answering paragraph 425, Defendants deny the allegations contained therein.

426. Answering paragraph 426, Defendants deny the allegations contained therein.

427. Answering paragraph 427, Defendants deny the allegations contained therein.

428. Answering paragraph 428, Defendants deny the allegations contained therein.

429. Answering paragraph 429, Defendants deny the allegations contained therein.

430. Answering paragraph 430, Defendants deny the allegations contained therein.

431. Answering paragraph 431, Defendants deny the allegations contained therein.

432. Answering paragraph 432 and subparts (A-H), Defendants deny the allegations contained therein.

433. Answering paragraph 433, Defendants deny the allegations contained therein.

434. Answering paragraph 434, Defendants deny the allegations contained therein.

435. Answering paragraph 435, Defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE

**(Failure To State a Cause of Action)**

Defendants allege that the complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

### SECOND AFFIRMATIVE DEFENSE

**(Qualified Immunity - Federal)**

Defendants are protected from liability under the doctrine of qualified immunity

because the alleged conduct of Defendants and any individually named Defendant did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**<u>THIRD AFFIRMATIVE DEFENSE</u>**

**(Statute of Limitations)**

Some or all of Plaintiff's claims may be barred by the Statute of Limitations.

**<u>FOURTH AFFIRMATIVE DEFENSE</u>**

**(Immunity from Punitive Damages)**

Defendant City of Los Angeles is immune from the imposition of punitive damages.

**<u>FIFTH AFFIRMATIVE DEFENSE</u>**

**(Contributory Negligence by Other Persons)**

Defendants allege that the damages complained of by Plaintiff, if any, was either wholly or in part directly and proximately caused by the negligence or other culpable conduct of other persons or entities other than the answering Defendants. The damages alleged, if any, were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**<u>SIXTH AFFIRMATIVE DEFENSE</u>**

The damages alleged were directly and proximately caused and contributed to by the negligence of plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**<u>SEVENTH AFFIRMATIVE DEFENSE</u>**

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

**<u>EIGHTH AFFIRMATIVE DEFENSE</u>**

The action is barred for lack of standing to sue.

///

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs are not entitled to any, or to a reduced, recovery on the ground that they failed to mitigate damages.

**TENTH AFFIRMATIVE DEFENSE**

The action is barred by the doctrines of res judicata and collateral estoppel.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

**TWELFTH AFFIRMATIVE DEFENSE**

The claims are barred by the statute of limitations set forth in California Code of Civil Procedure 340(3) and Government Code §945.6.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The answering Defendants are not legally responsible for the acts and/or omissions of the DOE Defendants.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The actions of the Defendants in all respects was reasonable, proper, and legal.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Reasonable Suspicion and/or Probable Cause)**

Defendants are not liable because there was reasonable suspicion to detain and/or probable cause to arrest Plaintiff.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 815.6, 818, 818.2, 818.8, 820, 820.2, 820.4, 820.4, 820.6, 820.8, 822.2, 845, 846 and 910 et seq.

Penal Code §§836, 836.5 and 847.

Civil Code § 43.55

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v. Varney*, 803 F.2d 1469 (9th Cir. 1986), and *Jackson v. City of San Diego*, 121 Cal. App. 3d 579 (1981).

**TWENTIETH AFFIRMATIVE DEFENSE**

Plaintiff's lawsuit is barred by Heck v. Humphrey, 512 U.S. 477, 486-487 (1994) and Susag v. City of Lake Forest, 94 Cal.App.4th 1401 (2002).

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

Plaintiff's lawsuit is barred by *Younger v. Harris*, 401 U.S. 37 (1971)

Defendants hereby reserve the right to amend this Answer in accordance with the Federal Rules of Civil Procedure.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

## PRAYER FOR RELIEF

W H E R E F O R E, Defendants pray for judgment as follows:

1. That Plaintiff takes nothing by this action;

2. That the action be dismissed;

3. That Defendants be awarded costs of suit;

4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

## JURY DEMAND

Defendants hereby demand and request a trial by jury in this matter.

Dated: August 31, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: /s/ Jeremy B. Warren
**JEREMY B. WARREN**, Deputy City Attorney
*Attorneys for Defendants*, ERICA EMETERIO, ANNABELLE EUBANK, HEATHER MATA, JESSE RUBALCAVA, RICARDO SALAZAR, DAVID DOYLE and CHRISTOPHER VELASCO