**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**JEREMY B. WARREN,** Deputy City Attorney (SBN 199583)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: jeremy.warren@lacity.org

*Attorneys for Defendants*, ERICA EMETERIO, ANNABELLE EUBANK, HEATHER MATA, JESSE RUBALCAVA, RICARDO SALAZAR, DAVID DOYLE and CHRISTOPHER VELASCO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT HOCHSTETTER

Plaintiff(s),

v.

CITY OF LOS ANGELES
DAVID DOYLE, in his individual and oficial capacities;
ANNABELLE EUBANK, in her individual and official capacities;
ERICA EMETERIO, in her individual and oficial capacities;
DOUGLASS HALL, in his individual and oficial capacities;
PATRICK ALUOTTO, in his individual and oficial capacities;
HEATHER MATA, in her individual and oficial capacities;
JESSE RUBALCAVA, in his individual and oficial capacities;
RICARDO SALAZAR, in his individual and oficial capacities;
RAYMOND VALOIS, in his individual and oficial capacities;
CHRISTOPHER VELASCO, in his individual and official capacities;
JAMES RICHARDSON in his individual and oficial capacities;
CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL;
AARON NICOLARSON in his individual and oficial capacity;
and DOES 1 through 30, inclusive,

Defendant(s).

CASE NO. 2:26-cv-01630-DOC-KS
*Hon. David O. Carter – Ctrm. 10A*
*Hon. Karen L. Stevenson – Ctrm. 580*

**DEFENDANTS ERICA EMETERIO, ANNABELLE EUBANK, HEATHER MATA, JESSE RUBALCAVA, RICARDO SALAZAR, DAVID DOYLE AND CHRISTOPHER VELASCO'S CERTIFICATE OF INTERESTED PARTIES**

**TO THE HONORABLE COURT, PLAINITFF AND HIS COUNSEL OF RECORD:**

The undersigned, counsel of record for Defendant CITY OF LOS ANGELES certifies the following listed parties have a direct, pecuniary interest in the outcome of the case.

1. Scott Hochstetter – Plaintiff
2. Erica Emeterio – Defendant
3. Annabelle Eubank – Defendant
4. Heather Mata – Defendant
5. Jesse Rubalcava – Defendant
6. Ricardo Salazar – Defendant
7. David Doyle – Defendant
8. Christopher Velasco – Defendant

These representations are made to enable the court to evaluate disqualification or recusal.

Dated: August 31, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: /s/ Jeremy B. Warren
**JEREMY B. WARREN**, Deputy City Attorney
*Attorneys for Defendants*, ERICA EMETERIO, ANNABELLE EUBANK, HEATHER MATA, JESSE RUBALCAVA, RICARDO SALAZAR, DAVID DOYLE and CHRISTOPHER VELASCO