Name: Scott Hochstetter
Address: 5419 Hollywood Blvd
Ste C137 Los Angles CA 90027
Phone Number: 630-465-3554
Email Address: Theloreofdoa@gmail.com
*Pro Se*

FILED
2026 SEP 24 PM 2:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: [signature]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SCOTT HOCHSTETTER

PLAINTIFF(S)

v.

City of Los Angeles, Et al.

DEFENDANT(S)

CASE NUMBER
2:26-cv-01630-DOC-KS

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.
2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.
3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   - ☒ A Computer with internet access.
   - ☒ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ☒ A scanner to convert documents that are only in paper format into electronic files.
   - ☒ A printer or copier to create required paper copies such as chambers copies.
   - ☒ A word-processing program to create documents; and
   - ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 9-24-26 Signature: [signature]