**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Scott Hochstetter,

PLAINTIFF(S)

v.

City of Los Angeles, et al.,

DEFENDANT(S)

CASE NUMBER

2:26-cv-01630-DOC-KS

**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

IT IS ORDERED that the Application for Permission for Electronic Filing by Plaintiff Scott Hochstetter is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: September 28, 2026

Karen L. Stevenson

United States ~~District/~~Magistrate Judge

---

☐ DENIED

*Comments:*

Dated: ______________

______________________________

United States District/Magistrate Judge