AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* City of Los Angeles
was received by me on *(date)* 10-30-26 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jane Doe , who is designated by law to accept service of process on behalf of *(name of organization)* City of Los Angeles on *(date)* 10.30.26 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 400 for travel and $ 100 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-30-26

Amanda Wimpey
*Server's signature*

Amanda Wimpey
*Printed name and title*

Orange County, Ca.
*Server's address*

Additional information regarding attempted service, etc: