**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**JEREMY B. WARREN,** Deputy City Attorney (SBN 199583)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: jeremy.warren@lacity.org

*Attorneys for Defendants*, ERICA EMETERIO, ANNABELLE EUBANK, HEATHER MATA, JESSE RUBALCAVA, RICARDO SALAZAR, DAVID DOYLE, CHRISTOPHER VELASCO and PATRICK ALUOTTO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT HOCHSTETTER

Plaintiff(s),

v.

CITY OF LOS ANGELES
DAVID DOYLE, in his individual and oficial capacities;
ANNABELLE EUBANK, in her individual and official capacities;
ERICA EMETERIO, in her individual and oficial capacities;
DOUGLASS HALL, in his individual and oficial capacities;
PATRICK ALUOTTO, in his individual and oficial capacities;
HEATHER MATA, in her individual and oficial capacities;
JESSE RUBALCAVA, in his individual and oficial capacities;
RICARDO SALAZAR, in his individual and oficial capacities;
RAYMOND VALOIS, in his individual and oficial capacities;
CHRISTOPHER VELASCO, in his individual and official capacities;
JAMES RICHARDSON in his individual and oficial capacities;
CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL;
AARON NICOLARSON in his individual and oficial capacity;
and DOES 1 through 30, inclusive,

Defendant(s).

CASE NO. 2:26-cv-01630-DOC-KS
*Hon. David O. Carter – Ctrm. 10A*
*Hon. Karen L. Stevenson – Ctrm. 580*

**DEFENDANT PATRICK ALUOTTO'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES**

Defendant PATRICK ALUOTTO ("Defendant") answering Plaintiff's Complaint for Damages for himself and for no other parties, admits, denies and alleges as follows:

# I. INTRODUCTION

1. Answering paragraph 1, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

2. Answering paragraph 2, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

3. Answering paragraph 3, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

4. Answering paragraph 4, Defendant denies the allegations contained therein.

5. Answering paragraph 5, Defendant denies the allegations contained therein.

6. Answering paragraph 6, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

7. Answering paragraph 7, Defendant denies the allegations contained therein.

8. Answering paragraph 8, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

9. Answering paragraph 9, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

10. Answering paragraph 10, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

11. Answering paragraph 11, Defendant denies the allegations contained therein.

12. Answering paragraph 12, Defendant denies the allegations contained therein.

13. Answering paragraph 13, to the extent that this paragraph asserts legal conclusions, no answer is required. Defendant denies that Plaintiff is entitled to damages.

**II. VENUE AND JURISDICTION**

14. Answering paragraph 14, Defendant admits that the United States District Court has jurisdiction over the 42 U.S.C. §1983 claims and has the discretion to exercise supplemental jurisdiction over the state law claims.

15. Answering paragraph 15, Defendant admits that venue is proper in the United States District Court for the Central District of California.

16. Answering paragraph 16, to the extent that this paragraph asserts legal conclusions, no answer is required.

17. Answering paragraph 17, to the extent that this paragraph asserts legal conclusions, no answer is required. Defendant denies that declaratory or injunctive action is warranted.

18. Answering paragraph 18, to the extent that this paragraph asserts legal conclusions, no answer is required.

**III. PARTIES**

19. Answering paragraph 19, Defendant denies the allegations contained therein.

20. Answering paragraph 20, Defendant admits that the City of Los Angeles is a municipality in good standing under the laws of the State of California and the United States of America and that the LAPD is the primary law enforcement agency for the City.

21. Answering paragraph 21, Defendant admits that Officer Doyle is a LAPD Officer.

22. Answering paragraph 22, Defendant admits that Officer Eubank is a LAPD Officer.

23. Answering paragraph 23, Defendant admits that Officer Emeterio is a LAPD Officer.

24. Answering paragraph 24, Defendant admits that Officer Hall is a LAPD Officer.

25. Answering paragraph 25, Defendant admits that Officer Aluotto is a LAPD Officer.

26. Answering paragraph 26, Defendant admits that Officer Mata is a LAPD Officer.

27. Answering paragraph 27, Defendant admits that Officer Rubalcava is a LAPD Officer.

28. Answering paragraph 28, Defendant admits that Officer Salazar is a LAPD Officer.

29. Answering paragraph 29, Defendant admits that Officer Valois is a LAPD Officer.

30. Answering paragraph 30, Defendant admits that Officer Velsaco is a LAPD Officer.

31. Answering paragraph 31, Defendant lacks sufficient information and belief to answer.

32. Answering paragraph 32, Defendant lacks sufficient information and belief to answer.

33. Answering paragraph 33, Defendant lacks sufficient information and belief to answer.

34. Answering paragraph 34, Defendant lacks sufficient information and belief to answer.

35. Answering paragraph 35, Defendant denies the allegations contained therein.

///

///

## IV. FACTUAL ALLEGATIONS

### A. PLAINTIFF'S Protected First Amendment Activity

36. Answering paragraph 36, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

37. Answering paragraph 37, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

38. Answering paragraph 38, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

39. Answering paragraph 39, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

40. Answering paragraph 40, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

### B. Hollywood Division's Treatment of Scientology Protesters Prior to February 16, 2024

41. Answering paragraph 41, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

42. Answering paragraph 42, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

43. Answering paragraph 43, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

44. Answering paragraph 44, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

45. Answering paragraph 45, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

46. Answering paragraph 46, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

47. Answering paragraph 47, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

**C. Documented Incidents Preceding Plaintiff's February 16, 2024 Arrest**

48. Answering paragraph 48, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

49. Answering paragraph 49, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

50. Answering paragraph 50, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

51. Answering paragraph 51, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

52. Answering paragraph 52, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

53. Answering paragraph 53, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

54. Answering paragraph 54, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

55. Answering paragraph 55, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

56. Answering paragraph 56, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

57. Answering paragraph 57, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

58. Answering paragraph 58, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

59. Answering paragraph 59, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

60. Answering paragraph 60, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

61. Answering paragraph 61, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

62. Answering paragraph 62, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

63. Answering paragraph 63, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

64. Answering paragraph 64, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

65. Answering paragraph 65, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

66. Answering paragraph 66, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

67. Answering paragraph 67, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

68. Answering paragraph 68, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

69. Answering paragraph 69, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

70. Answering paragraph 70, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

71. Answering paragraph 71, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

**D. February 16, 2024 – The Arrests at LA POUBELLE**

72. Answering paragraph 72, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

**ARREST OF JASIAH ADLER ON A PRIVATE PERSON'S ARREST**

73. Answering paragraph 73, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

74. Answering paragraph 74, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

75. Answering paragraph 75 Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

76. Answering paragraph 76, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

77. Answering paragraph 77, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

**ARREST OF DANIEL VILLEDA GONZALEZ AND KAMRIN IVONE**

78. Answering paragraph 78, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

79. Answering paragraph 79, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

80. Answering paragraph 80, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

81. Answering paragraph 81, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

82. Answering paragraph 82, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

83. Answering paragraph 83, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

84. Answering paragraph 84, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

85. Answering paragraph 85, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

86. Answering paragraph 86, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

///

**ARREST OF PLAINTIFF**

87. Answering paragraph 87, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

88. Answering paragraph 88, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

89. Answering paragraph 89, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

90. Answering paragraph 90, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

91. Answering paragraph 91, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

92. Answering paragraph 92, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

93. Answering paragraph 93, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

94. Answering paragraph 94, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

95. Answering paragraph 95, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

96. Answering paragraph 96, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

97. Answering paragraph 97, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

98. Answering paragraph 98, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

99. Answering paragraph 99, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

100. Answering paragraph 100, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

101. Answering paragraph 101, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

102. Answering paragraph 102, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

103. Answering paragraph 103, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

104. Answering paragraph 104, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

105. Answering paragraph 105, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

106. Answering paragraph 106, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

107. Answering paragraph 107, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

108. Answering paragraph 108, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

109. Answering paragraph 109, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

110. Answering paragraph 110, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

111. Answering paragraph 111, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

112. Answering paragraph 112, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

113. Answering paragraph 113, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

114. Answering paragraph 114, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

115. Answering paragraph 115, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

116. Answering paragraph 116, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

117. Answering paragraph 117, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

118. Answering paragraph 118, Defendant denies the allegations contained therein.

119. Answering paragraph 119, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

120. Answering paragraph 120, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

121. Answering paragraph 121, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

122. Answering paragraph 122, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

123. Answering paragraph 123, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

124. Answering paragraph 124, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

125. Answering paragraph 125, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

126. Answering paragraph 126, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

127. Answering paragraph 127, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

128. Answering paragraph 128, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

129. Answering paragraph 129, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

130. Answering paragraph 130, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

131. Answering paragraph 131, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

132. Answering paragraph 132 Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

133. Answering paragraph 133, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

134. Answering paragraph 134, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

135. Answering paragraph 135, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

136. Answering paragraph 136, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

137. Answering paragraph 137, Defendant denies the allegations contained therein.

138. Answering paragraph 138, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

139. Answering paragraph 139, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

140. Answering paragraph 140, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

141. Answering paragraph 141, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

142. Answering paragraph 142, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

143. Answering paragraph 143, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

144. Answering paragraph 144, Defendant denies the allegations contained therein.

145. Answering paragraph 145, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

146. Answering paragraph 146, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

147. Answering paragraph 147, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

148. Answering paragraph 148, Defendant denies the allegations contained therein.

149. Answering paragraph 149, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

150. Answering paragraph 150, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

151. Answering paragraph 151, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

152. Answering paragraph 152, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

153. Answering paragraph 153, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

154. Answering paragraph 154, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

155. Answering paragraph 155, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

156. Answering paragraph 156, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

157. Answering paragraph 157, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

158. Answering paragraph 158, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

159. Answering paragraph 159, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

160. Answering paragraph 160, Defendant denies the allegations contained therein.

161. Answering paragraph 161, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

162. Answering paragraph 162, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

163. Answering paragraph 163, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

164. Answering paragraph 164, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

165. Answering paragraph 165, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

166. Answering paragraph 166, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

167. Answering paragraph 167, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

168. Answering paragraph 168, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

169. Answering paragraph 169, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

170. Answering paragraph 170, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

**E. Continuing Investigation between 2.16.24 and 5.25.24**

171. Answering paragraph 171, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

172. Answering paragraph 172, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

173. Answering paragraph 173, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

174. Answering paragraph 174, Defendant denies the allegations contained therein.

175. Answering paragraph 175, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

176. Answering paragraph 176, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

177. Answering paragraph 177, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

178. Answering paragraph 178, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

179. Answering paragraph 179, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

180. Answering paragraph 180, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

181. Answering paragraph 181, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

182. Answering paragraph 182, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

183. Answering paragraph 183, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

184. Answering paragraph 184, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

185. Answering paragraph 185, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

186. Answering paragraph 186, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

187. Answering paragraph 187, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

188. Answering paragraph 188, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

189. Answering paragraph 189, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

190. Answering paragraph 190, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

191. Answering paragraph 191, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

192. Answering paragraph 192, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

193. Answering paragraph 193, Defendant denies the allegations contained therein.

**F. The May 25, 2024 Arrest**

194. Answering paragraph 194, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

195. Answering paragraph 195, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

196. Answering paragraph 196, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

197. Answering paragraph 197, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

198. Answering paragraph 198, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

199. Answering paragraph 199, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

200. Answering paragraph 200, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

201. Answering paragraph 201, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

202. Answering paragraph 202, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

203. Answering paragraph 203, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

204. Answering paragraph 204, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

205. Answering paragraph 205, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

206. Answering paragraph 206, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

207. Answering paragraph 207, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

208. Answering paragraph 208, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

209. Answering paragraph 209, Defendant denies the allegations contained therein.

210. Answering paragraph 210, Defendant denies the allegations contained therein.

211. Answering paragraph 211, Defendant denies the allegations contained therein.

212. Answering paragraph 212, Defendant denies the allegations contained therein.

213. Answering paragraph 213, Defendant denies the allegations contained therein.

214. Answering paragraph 214, Defendant denies the allegations contained therein.

215. Answering paragraph 215, Defendant denies the allegations contained therein.

216. Answering paragraph 216, Defendant denies the allegations contained therein.

217. Answering paragraph 217, Defendant denies the allegations contained therein.

218. Answering paragraph 218, Defendant denies the allegations contained therein.

219. Answering paragraph 219, Defendant denies the allegations contained therein.

220. Answering paragraph 220, Defendant denies the allegations contained therein.

221. Answering paragraph 221, Defendant denies the allegations contained therein.

222. Answering paragraph 222, Defendant denies the allegations contained therein.

223. Answering paragraph 223, Defendant denies the allegations contained therein.

224. Answering paragraph 224, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

225. Answering paragraph 225, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

226. Answering paragraph 226, Defendant denies the allegations contained therein.

227. Answering paragraph 227, Defendant denies the allegations contained therein.

228. Answering paragraph 228, Defendant denies the allegations contained therein.

229. Answering paragraph 229, Defendant denies the allegations contained therein.

**G. Current Status of the February 16, 2024 Criminal Proceedings**

230. Answering paragraph 230, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

231. Answering paragraph 231, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

232. Answering paragraph 232, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

233. Answering paragraph 233, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

234. Answering paragraph 234, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

235. Answering paragraph 235, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

236. Answering paragraph 236, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

237. Answering paragraph 237, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

238. Answering paragraph 238, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

239. Answering paragraph 239, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

240. Answering paragraph 240, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

241. Answering paragraph 241, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

242. Answering paragraph 242, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

243. Answering paragraph 243, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

244. Answering paragraph 244, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

245. Answering paragraph 245, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

246. Answering paragraph 246, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

247. Answering paragraph 247, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

## H. MUNICIPAL LIABILITY (MONELL) AGAINST DEFENDANT CITY OF LOS ANGELES

248. Answering paragraph 248, which incorporates by reference the allegations of the previous paragraphs of the Second Amended Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

249. Answering paragraph 249, Defendant denies the allegations contained therein.

250. Answering paragraph 250, Defendant denies the allegations contained therein.

251. Answering paragraph 251, Defendant denies the allegations contained therein.

252. Answering paragraph 252, Defendant denies the allegations contained therein.

253. Answering paragraph 253, Defendant denies the allegations contained therein.

254. Answering paragraph 254, Defendant denies the allegations contained therein.

255. Answering paragraph 255, Defendant denies the allegations contained therein.

256. Answering paragraph 256, Defendant denies the allegations contained therein.

257. Answering paragraph 257, Defendant denies the allegations contained therein.

258. Answering paragraph 258, Defendant denies the allegations contained therein.

259. Answering paragraph 259, Defendant denies the allegations contained therein.

260. Answering paragraph 260, Defendant denies the allegations contained therein.

261. Answering paragraph 261, Defendant denies the allegations contained therein.

262. Answering paragraph 262, Defendant denies the allegations contained therein.

263. Answering paragraph 263, Defendant denies the allegations contained therein.

264. Answering paragraph 264, Defendant denies the allegations contained therein.

265. Answering paragraph 265, Defendant denies the allegations contained therein.

266. Answering paragraph 266, Defendant denies the allegations contained therein.

267. Answering paragraph 267, Defendant denies the allegations contained therein.

268. Answering paragraph 268, Defendant denies the allegations contained therein.

269. Answering paragraph 269, Defendant denies the allegations contained therein.

270. Answering paragraph 270, Defendant denies the allegations contained therein.

271. Answering paragraph 271, Defendant denies the allegations contained therein.

**I. Joint Action, Delegation of Law Enforcement Functions, and Unconstitutional Coordination with Private Actors**

272. Answering paragraph 272, Defendant denies the allegations contained therein.

273. Answering paragraph 273, Defendant denies the allegations contained therein.

274. Answering paragraph 274, Defendant denies the allegations contained therein.

275. Answering paragraph 275, Defendant denies the allegations contained therein.

276. Answering paragraph 276, Defendant denies the allegations contained therein.

277. Answering paragraph 277, Defendant denies the allegations contained therein.

278. Answering paragraph 278, Defendant denies the allegations contained therein.

279. Answering paragraph 279, Defendant denies the allegations contained therein.

280. Answering paragraph 280, Defendant denies the allegations contained therein.

281. Answering paragraph 281, Defendant denies the allegations contained therein.

282. Answering paragraph 282, Defendant denies the allegations contained therein.

## V. CAUSES OF ACTION

283. Answering paragraph 283, Defendant denies the allegations contained therein.

### 1. FIRST CAUSE OF ACTION - Violation of the Fourth Amendment 42 U.S.C. § 1983 - Unlawful Arrest Pursuant to Private Person's Arrest (February 16,2024)

**(Against DEFENDANTS CITY OF LOS ANGELES, MATA, ALUOTTO, EMETERIO, RUBALCAVA, SALAZAR, DOYLE, and DOES 1- 30)**

284. Answering paragraph 284, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

285. Answering paragraph 285, to the extent this paragraph asserts legal conclusions, no answer is necessary.

286. Answering paragraph 286, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

287. Answering paragraph 287, Defendant denies the allegations contained therein.

288. Answering paragraph 288, Defendant denies the allegations contained therein.

289. Answering paragraph 289, Defendant denies the allegations contained therein.

290. Answering paragraph 290, Defendant denies the allegations contained therein.

291. Answering paragraph 291, Defendant denies the allegations contained therein.

292. Answering paragraph 292, Defendant denies the allegations contained therein.

293. Answering paragraph 293, Defendant denies the allegations contained therein.

294. Answering paragraph 294, Defendant denies the allegations contained therein.

295. Answering paragraph 295, Defendant denies the allegations contained therein.

**2. SECOND CAUSE OF ACTION - Violation of the Fourth Amendment**
**42 U.S.C. § 1983 - Unlawful Re-Arrest, Continued Seizure, False Imprisonment, and Unreasonable Detention**
**(Against DEFENDANTS CITY OF LOS ANGELES, MATA, ALUOTTO, EMETERIO, RUBALCAVA, SALAZAR, DOYLE, and DOES 1-30)**

296. Answering paragraph 296, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

297. Answering paragraph 297, to the extent this paragraph asserts legal conclusions, no answer is necessary.

298. Answering paragraph 298, Defendant denies the allegations contained therein.

299. Answering paragraph 299, Defendant denies the allegations contained therein.

300. Answering paragraph 300, Defendant denies the allegations contained therein.

301. Answering paragraph 301, Defendant denies the allegations contained therein.

302. Answering paragraph 302, Defendant denies the allegations contained therein.

303. Answering paragraph 303, Defendant denies the allegations contained therein.

304. Answering paragraph 304, Defendant denies the allegations contained therein.

305. Answering paragraph 305, Defendant denies the allegations contained therein.

306. Answering paragraph 306, Defendant denies the allegations contained therein.

307. Answering paragraph 307, Defendant denies the allegations contained therein.

308. Answering paragraph 308, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

309. Answering paragraph 309, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

310. Answering paragraph 310, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

311. Answering paragraph 311, Defendant denies the allegations contained therein.

312. Answering paragraph 312, Defendant denies the allegations contained therein.

313. Answering paragraph 313, Defendant denies the allegations contained therein.

314. Answering paragraph 314, Defendant denies the allegations contained therein.

315. Answering paragraph 315, Defendant denies the allegations contained therein.

316. Answering paragraph 316, Defendant denies the allegations contained therein.

317. Answering paragraph 317, Defendant denies the allegations contained therein.

318. Answering paragraph 318, Defendant denies the allegations contained therein.

319. Answering paragraph 319, Defendant denies the allegations contained therein.

320. Answering paragraph 320, Defendant denies the allegations contained therein.

**3. THIRD CAUSE OF ACTION - Violation of the Fourth Amendment**

**42 U.S.C. § 1983 - Unreasonable Search and Seizure of PLAINTIFF's Vehicle and Property**

**(Against DEFENDANTS CITY OF LOS ANGELES, MATA, ALUOTTO, EMETERIO, RUBALCAVA, SALAZAR, DOYLE, and DOES 1-30)**

321. Answering paragraph 321, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

322. Answering paragraph 322, to the extent this paragraph asserts legal conclusions, no answer is necessary.

323. Answering paragraph 323, Defendant denies the allegations contained therein.

324. Answering paragraph 324, Defendant denies the allegations contained therein.

325. Answering paragraph 325, Defendant denies the allegations contained therein.

326. Answering paragraph 326, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

327. Answering paragraph 327, Defendant denies the allegations contained therein.

328. Answering paragraph 328, Defendant denies the allegations contained therein.

329. Answering paragraph 329, Defendant denies the allegations contained therein.

330. Answering paragraph 330, Defendant denies the allegations contained therein.

331. Answering paragraph 331, Defendant denies the allegations contained therein.

332. Answering paragraph 332, Defendant denies the allegations contained therein.

333. Answering paragraph 333, Defendant denies the allegations contained therein.

334. Answering paragraph 334, Defendant denies the allegations contained therein.

335. Answering paragraph 335, Defendant denies the allegations contained therein.

336. Answering paragraph 336, Defendant denies the allegations contained therein.

337. Answering paragraph 337, Defendant denies the allegations contained therein.

**4. FOURTH CAUSE OF ACTION - Violation of the First Amendment**
**42 U.S.C. § 1983 - Retaliation for Protected Speech and Expressive Activity**
**(Against DEFENDANTS CITY OF LOS ANGELES, ALUOTTO, HALL, MATA, SALAZAR, DOYLE, VELASCO and DOES 1-30)**

338. Answering paragraph 338, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

339. Answering paragraph 339, to the extent this paragraph asserts legal conclusions, no answer is necessary.

340. Answering paragraph 340, Defendant denies the allegations contained therein.

341. Answering paragraph 341, Defendant denies the allegations contained therein.

342. Answering paragraph 342, Defendant denies the allegations contained therein.

343. Answering paragraph 343, Defendant denies the allegations contained therein.

344. Answering paragraph 344, Defendant denies the allegations contained therein.

345. Answering paragraph 345, Defendant denies the allegations contained therein.

346. Answering paragraph 346, Defendant denies the allegations contained therein.

347. Answering paragraph 347, Defendant denies the allegations contained therein.

348. Answering paragraph 348, Defendant denies the allegations contained therein.

349. Answering paragraph 349, Defendant denies the allegations contained therein.

350. Answering paragraph 350, Defendant denies the allegations contained therein.

351. Answering paragraph 351, Defendant denies the allegations contained therein.

352. Answering paragraph 352, Defendant denies the allegations contained therein.

353. Answering paragraph 353, Defendant denies the allegations contained therein.

354. Answering paragraph 354, Defendant denies the allegations contained therein.

355. Answering paragraph 355, Defendant denies the allegations contained therein.

**5. FIFTH CAUSE OF ACTION - Violation of the Fourth and First Amendments 42 U.S.C. § 1983 - Unlawful Arrest, Retaliatory Arrest, and Unreasonable Seizure (May 25, 2024)**

**(Against DEFENDANTS SALAZAR, VELASCO, CITY OF LOS ANGELES, DOES 1-30,)**

356. Answering paragraph 356, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

357. Answering paragraph 357, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

358. Answering paragraph 358, Defendant denies the allegations contained therein.

359. Answering paragraph 359, Defendant denies the allegations contained therein.

360. Answering paragraph 360, Defendant denies the allegations contained therein.

361. Answering paragraph 361, Defendant denies the allegations contained therein.

362. Answering paragraph 362, Defendant denies the allegations contained therein.

363. Answering paragraph 363, Defendant denies the allegations contained therein.

364. Answering paragraph 364, Defendant denies the allegations contained therein.

365. Answering paragraph 365, Defendant denies the allegations contained therein.

366. Answering paragraph 366, Defendant denies the allegations contained therein.

367. Answering paragraph 367, Defendant denies the allegations contained therein.

368. Answering paragraph 368, Defendant denies the allegations contained therein.

369. Answering paragraph 369, Defendant denies the allegations contained therein.

370. Answering paragraph 370, Defendant denies the allegations contained therein.

371. Answering paragraph 371, Defendant denies the allegations contained therein.

372. Answering paragraph 372, Defendant denies the allegations contained therein.

373. Answering paragraph 373, Defendant denies the allegations contained therein.

**6. SIXTH CAUSE OF ACTION - Violation of the Fourteenth Amendment**

**42 U.S.C. § 1983 - Denial of Equal Protection Through Selective Enforcement and Selective Non-Enforcement**

**(Against DEFENDANTS CITY OF LOS ANGELES, MATA, ALUOTTO, HALL, RICHARDSON, SALAZAR,VALOIS, VELASCO, EMETERIO, EUBANK, DOYLE, and DOES 1-30)**

374. Answering paragraph 374, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

375. Answering paragraph 375, to the extent this paragraph asserts legal conclusions, no answer is necessary.

376. Answering paragraph 376, Defendant denies the allegations contained therein.

377. Answering paragraph 377, Defendant denies the allegations contained therein.

378. Answering paragraph 378, Defendant denies the allegations contained therein.

379. Answering paragraph 379, Defendant denies the allegations contained therein.

380. Answering paragraph 380, Defendant denies the allegations contained therein.

381. Answering paragraph 381, Defendant denies the allegations contained therein.

382. Answering paragraph 382, Defendant denies the allegations contained therein.

383. Answering paragraph 383, Defendant denies the allegations contained therein.

384. Answering paragraph 384, Defendant denies the allegations contained therein.

385. Answering paragraph 385, Defendant denies the allegations contained therein.

386. Answering paragraph 386, Defendant denies the allegations contained therein.

387. Answering paragraph 387, Defendant denies the allegations contained therein.

388. Answering paragraph 388, Defendant denies the allegations contained therein.

389. Answering paragraph 389, Defendant denies the allegations contained therein.

390. Answering paragraph 390, Defendant denies the allegations contained therein.

**7. SEVENTH CAUSE OF ACTION - Municipal Liability**

**Under 42 U.S.C. § 1983 (Monell)**

**Against DEFENDANT CITY OF LOS ANGELES**

391. Answering paragraph 391, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

392. Answering paragraph 392, Defendant denies the allegations contained therein.

393. Answering paragraph 393, Defendant denies the allegations contained therein.

394. Answering paragraph 394, Defendant denies the allegations contained therein.

395. Answering paragraph 395, Defendant denies the allegations contained therein.

**A. Selective Enforcement of the Law**

396. Answering paragraph 396, Defendant denies the allegations contained therein.

**B. Selective Non-Enforcement**

397. Answering paragraph 397, Defendant denies the allegations contained therein.

**C. Failure to Conduct Constitutionally Adequate Investigations**

398. Answering paragraph 398, Defendant denies the allegations contained therein.

**D. Improper Reliance Upon Private Parties**

399. Answering paragraph 399, Defendant denies the allegations contained therein.

400. Answering paragraph 400, Defendant denies the allegations contained therein.

**E. Retaliatory Enforcement Against Protected Speech**

401. Answering paragraph 401, Defendant denies the allegations contained therein.

402. Answering paragraph 402, Defendant denies the allegations contained therein.

**F. Failure to Train**

403. Answering paragraph 403, Defendant denies the allegations contained therein.

404. Answering paragraph 404, Defendant denies the allegations contained therein.

**G. Failure to Supervise and Discipline**

405. Answering paragraph 405, Defendant denies the allegations contained therein.

406. Answering paragraph 406, Defendant denies the allegations contained therein.

**H. Ratification**

407. Answering paragraph 407, Defendant denies the allegations contained therein.

408. Answering paragraph 408, Defendant denies the allegations contained therein.

**I. Deliberate Indifference**

409. Answering paragraph 409, Defendant denies the allegations contained therein.

410. Answering paragraph 410, Defendant denies the allegations contained therein.

411. Answering paragraph 411, Defendant denies the allegations contained therein.

412. Answering paragraph 412, Defendant denies the allegations contained therein.

413. Answering paragraph 413, Defendant denies the allegations contained therein.

414. Answering paragraph 414, Defendant denies the allegations contained therein.

**8. EIGHTH CAUSE OF ACTION - Declaratory Relief**

**28 U.S.C. §§ 2201-2202 (Against All Defendants)**

415. Answering paragraph 415, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

416. Answering paragraph 416, Defendant denies the allegations contained therein.

417. Answering paragraph 417, Defendant denies the allegations contained therein.

418. Answering paragraph 418, Defendant denies the allegations contained therein.

419. Answering paragraph 419, Defendant denies the allegations contained therein.

420. Answering paragraph 420 and subparts (A-F), Defendant denies the allegations contained therein.

421. Answering paragraph 421, Defendant denies the allegations contained therein.

422. Answering paragraph 422, Defendant denies the allegations contained therein.

423. Answering paragraph 423, Defendant denies the allegations contained therein.

**9. NINTH CAUSE OF ACTION - Prospective Injunctive Relief**

**42 U.S.C. § 1983 and 28 U.S.C. §§ 2201-2202**

**(Against Defendant CITY OF LOS ANGELES and All Defendants Acting in Their Official Capacities)**

424. Answering paragraph 424, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

425. Answering paragraph 425, Defendant denies the allegations contained therein.

426. Answering paragraph 426, Defendant denies the allegations contained therein.

427. Answering paragraph 427, Defendant denies the allegations contained therein.

428. Answering paragraph 428, Defendant denies the allegations contained therein.

429. Answering paragraph 429, Defendant denies the allegations contained therein.

430. Answering paragraph 430, Defendant denies the allegations contained therein.

431. Answering paragraph 431, Defendant denies the allegations contained therein.

432. Answering paragraph 432 and subparts (A-H), Defendant denies the allegations contained therein.

433. Answering paragraph 433, Defendant denies the allegations contained therein.

434. Answering paragraph 434, Defendant denies the allegations contained therein.

435. Answering paragraph 435, Defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

### FIRST AFFIRMATIVE DEFENSE

### (Failure To State a Cause of Action)

Defendant alleges that the complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendants.

### SECOND AFFIRMATIVE DEFENSE

### (Qualified Immunity - Federal)

Defendant is protected from liability under the doctrine of qualified immunity

because the alleged conduct of Defendant and any individually named Defendant did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Some or all of Plaintiff's claims may be barred by the Statute of Limitations.

**FOURTH AFFIRMATIVE DEFENSE**

**(Immunity from Punitive Damages)**

Defendant City of Los Angeles is immune from the imposition of punitive damages.

**FIFTH AFFIRMATIVE DEFENSE**

**(Contributory Negligence by Other Persons)**

Defendant alleges that the damages complained of by Plaintiff, if any, was either wholly or in part directly and proximately caused by the negligence or other culpable conduct of other persons or entities other than the answering Defendants. The damages alleged, if any, were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**SIXTH AFFIRMATIVE DEFENSE**

The damages alleged were directly and proximately caused and contributed to by the negligence of plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**SEVENTH AFFIRMATIVE DEFENSE**

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

**EIGHTH AFFIRMATIVE DEFENSE**

The action is barred for lack of standing to sue.

///

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs are not entitled to any, or to a reduced, recovery on the ground that they failed to mitigate damages.

**TENTH AFFIRMATIVE DEFENSE**

The action is barred by the doctrines of res judicata and collateral estoppel.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

**TWELFTH AFFIRMATIVE DEFENSE**

The claims are barred by the statute of limitations set forth in California Code of Civil Procedure 340(3) and Government Code §945.6.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The answering Defendant is not legally responsible for the acts and/or omissions of the DOE Defendants.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The actions of the Defendant in all respects was reasonable, proper, and legal.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Reasonable Suspicion and/or Probable Cause)**

Defendant is not liable because there was reasonable suspicion to detain and/or probable cause to arrest Plaintiff.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 815.6, 818, 818.2, 818.8, 820, 820.2, 820.4, 820.4, 820.6, 820.8, 822.2, 845, 846 and 910 et seq.

Penal Code §§836, 836.5 and 847.

Civil Code § 43.55

## SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant is immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v. Varney*, 803 F.2d 1469 (9th Cir. 1986), and *Jackson v. City of San Diego*, 121 Cal. App. 3d 579 (1981).

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's lawsuit is barred by Heck v. Humphrey, 512 U.S. 477, 486-487 (1994) and Susag v. City of Lake Forest, 94 Cal.App.4th 1401 (2002).

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's lawsuit is barred by *Younger v. Harris*, 401 U.S. 37 (1971)

Defendant hereby reserve the right to amend this Answer in accordance with the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

W H E R E F O R E, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by this action;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;
4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

## JURY DEMAND

Defendant hereby demands and requests a trial by jury in this matter.

Dated: November 20, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: /s/ Jeremy B. Warren
**JEREMY B. WARREN**, Deputy City Attorney
*Attorneys for Defendants*, ERICA EMETERIO, ANNABELLE EUBANK, HEATHER MATA, JESSE RUBALCAVA, RICARDO SALAZAR, DAVID DOYLE, CHRISTOPHER VELASCO and PATRICK ALUOTTO

**PROOF OF SERVICE**

Case Name: *Scott Hochstetter v. City of Los Angeles, et al.*
Case No.: 2:26-cv-01630-DOC-KS

I, LEARSEY MENDEZ, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012.

On November 20, 2026, I served the document(s) described as **DEFENDANT PATRICK ALUOTTO'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES** on all interested parties as listed below:

**Plaintiff in Pro Se**
Scott Hochstetter
5419 Hollywood Blvd., Suite C 137
Los Angeles, CA 90027
Tel: (630) 465-3557
Email: theloreofdoa@gmail.com

☒ **BY MAIL**

I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026, at Los Angeles, California.

LEARSEY MENDEZ