**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**JEREMY B. WARREN,** Deputy City Attorney (SBN 199583)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: jeremy.warren@lacity.org

*Attorneys for Defendants*, ERICA EMETERIO, ANNABELLE EUBANK, HEATHER MATA, JESSE RUBALCAVA, RICARDO SALAZAR, DAVID DOYLE, CHRISTOPHER VELASCO and PATRICK ALUOTTO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT HOCHSTETTER

Plaintiff(s),

v.

CITY OF LOS ANGELES
DAVID DOYLE, in his individual and oficial capacities;
ANNABELLE EUBANK, in her individual and official capacities;
ERICA EMETERIO, in her individual and oficial capacities;
DOUGLASS HALL, in his individual and oficial capacities;
PATRICK ALUOTTO, in his individual and oficial capacities;
HEATHER MATA, in her individual and oficial capacities;
JESSE RUBALCAVA, in his individual and oficial capacities;
RICARDO SALAZAR, in his individual and oficial capacities;
RAYMOND VALOIS, in his individual and oficial capacities;
CHRISTOPHER VELASCO, in his individual and official capacities;
JAMES RICHARDSON in his individual and oficial capacities;
CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL;
AARON NICOLARSON in his individual and oficial capacity;
and DOES 1 through 30, inclusive,

Defendant(s).

CASE NO. 2:26-cv-01630-DOC-KS
*Hon. David O. Carter – Ctrm. 10A*
*Hon. Karen L. Stevenson – Ctrm. 580*

**DEFENDANT PATRICK ALUOTTO'S CERTIFICATE OF INTERESTED PARTIES**

**TO THE HONORABLE COURT, PLAINITFF AND HIS COUNSEL OF RECORD:**

The undersigned, counsel of record for Defendant PATRICK ALUOTTO certifies the following listed parties have a direct, pecuniary interest in the outcome of the case.

1. Scott Hochstetter – Plaintiff
2. Erica Emeterio – Defendant
3. Annabelle Eubank – Defendant
4. Heather Mata – Defendant
5. Jesse Rubalcava – Defendant
6. Ricardo Salazar – Defendant
7. David Doyle – Defendant
8. Christopher Velasco – Defendant
9. Patrick Aluotto - Defendant

These representations are made to enable the court to evaluate disqualification or recusal.

Dated: November 20, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: /s/ Jeremy B. Warren
**JEREMY B. WARREN**, Deputy City Attorney
*Attorneys for Defendants*, ERICA EMETERIO, ANNABELLE EUBANK, HEATHER MATA, JESSE RUBALCAVA, RICARDO SALAZAR, DAVID DOYLE, CHRISTOPHER VELASCO and PATRICK ALUOTTO

# PROOF OF SERVICE

Case Name: *Scott Hochstetter v. City of Los Angeles, et al.*
Case No.: 2:26-cv-01630-DOC-KS

I, LEARSEY MENDEZ, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, City Hall East, 6th Floor, Los Angeles, California 90012.

On November 20, 2026, I served the document(s) described as **DEFENDANT PATRICK ALUOTTO'S CERTIFICATE OF INTERESTED PARTIES** on all interested parties as listed below:

**Plaintiff in Pro Se**
Scott Hochstetter
5419 Hollywood Blvd., Suite C 137
Los Angeles, CA 90027
Tel: (630) 465-3557
Email: theloreofdoa@gmail.com

☒ **BY MAIL**

I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026, at Los Angeles, California.

LEARSEY MENDEZ